AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

BLAKE DEWS

V.

TROY UNIVERSITY, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1045-T

TO: (Name and address of Defendant)

TROY UNIVERSITY
C/O NICHOLAS CERVERA
PO BOX 325
TROY, AL 36081

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM C. WHITE, II AND JAMES W. PARKMAN, III
PARKMAN, ADAMS & WHITE
739 WEST MAIN STREET
DOTHAN, AL 36301

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

(By) DEPUTY CLERK

DATE 11/7/05

SCANNED