**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Troy University
    c/o Nicholas Cervera
    PO Box 325
    Troy, AL  36081

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Barbara Starling*   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )
Barbara Starling

C. Date of Delivery
11-9-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   2:05W1045
   S+C

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7002 0860 0008 4116 7772

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540