# EXHIBIT B

STATE OF ALABAMA )

COUNTY OF PIKE )

### AFFIDAVIT OF DR. JACK HAWKINS, JR.

Comes now Dr. Jack Hawkins, Jr., who being first duly sworn, deposes and says as follows:

1. My name is Dr. Jack Hawkins, Jr.. I am currently employed as the Chancellor of Troy University. I have been employed by Troy University since September 1989. I am over the age of 18. I have personal knowledge of the matters set forth in this declaration.

2. To the best of my knowledge, I have never met an individual named Michael Magrino.

3. Neither an individual identifying himself as Michael Magrino nor any other person has ever personally delivered to me a copy of a summons and complaint in a lawsuit styled Dews v. Troy University, et al.

4. A copy of a summons and complaint in lawsuit styled Dews v. Troy University, et al. has not been left at my dwelling house or usual place of abode.

5. Neither Nicholas Cervera, the former attorney for Troy University, nor Barbara Starling has ever been authorized by me to receive service of process on my behalf.

Executed on this the <u>18th</u> day of November, 2005.

                                                                     Dr. Jack Hawkins, Jr.
                                                                     Chancellor

Subscribed and sworn to before me, this 18th day of November, 2005.

_____
NOTARY PUBLIC
My commission expires: <u>Feb. 2</u>, 20<u>09</u>.

DEBRA T. SANDERS, NOTARY PUBLIC
PIKE COUNTY, STATE OF ALABAMA
MY COMMISSION EXPIRES FEB. 2, 2009