# EXHIBIT A

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of _____ ALABAMA

BLAKE DEWS

V.

TROY UNIVERSITY, AN ALABAMA PUBLIC
STATE UNIVERSITY, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:05cv1045-D

TO: (Name and address of Defendant)

JERRY JOHNSON, IN HIS INDIVIDUAL CAPACITY AND AS HEAD OF
THE TROY UNIVERSITY DEPARTMENT OF ART AND DESIGN

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM C. WHITE, II AND JAMES W. PARKMAN, III
PARKMAN, ADAMS & WHITE
739 WEST MAIN ST
DOTHAN, AL  36301

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    10/31/05

CLERK _____    DATE _____

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 10·31·05 |
|---|---|
| NAME OF SERVER *(PRINT)* Michael Magrine | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): left with Barbara Starling of Nicholas Cervera's office attorney for Troy University

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10·31·05    _Michel May_
           Date                    *Signature of Server*

           170 S. Oaks St. Dothan, AL
               *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.