# EXHIBIT B

STATE OF ALABAMA        )

PIKE COUNTY             )

### AFFIDAVIT OF JERRY JOHNSON

Comes now Jerry Johnson, who being first duly sworn, deposes and says as follows:

1. My name is Jerry Johnson. I am currently employed as a Professor of Design in the Department of Art and Design at Troy University. I have been employed by Troy University since June 2000. I am over the age of 18. I have personal knowledge of the matters set forth in this declaration.

2. To the best of my knowledge, I have never met an individual named Michael Magrino.

3. Neither an individual identifying himself as Michael Magrino nor any other person has ever personally delivered to me a copy of a summons and complaint in a lawsuit styled Dews v. Troy University, et al.

4. A copy of a summons and complaint in lawsuit styled Dews v. Troy University, et al. has not been left at my dwelling house or usual place of abode.

5. Neither Nicholas Cervera, the former attorney for Troy University, nor Barbara Starling has ever been authorized by me to receive service of process on my behalf.

Executed on this the 17th day of November, 2005.

                                                    _____
                                                        Jerry Johnson

Subscribed and sworn to before me, this 18th day of November, 2005.

_Nancy Chinberg_
NOTARY PUBLIC
My commission expires: _11-24_, 20_06_.