# EXHIBIT A

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

BLAKE DEWS

V.

TROY UNIVERSITY, AN ALABAMA PUBLIC STATE UNIVERSITY, et al

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:05cv1045.D

TO: (Name and address of Defendant)

ROBERT JOSLIN, IN HIS INDIVIDUAL CAPACITY AND AS A PROFESSOR AND DIRECTOR OF PHOTOGRAPHY IN THE TROY UNIVERSITY DEPARTMENT OF ART

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM C. WHITE, II AND JAMES W. PARKMAN, III
PARKMAN, ADAMS & WHITE
739 WEST MAIN ST
DOTHAN, AL 36301

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                    10/31/05
CLERK                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10·31·05 |
| NAME OF SERVER (PRINT) Michael Magrino | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): left with Barbara Starling of Nicholas Cervera's office, attorney for Troy University

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10·31·05
_____
Date

Signature of Server

170 S. Oates St  Dothan, AL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.