IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BLAKE DEWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv1045-T |
| ) | |
| TROY UNIVERSITY, ) | |
| etc., et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the motions to dismiss (Doc. Nos. 9, 10, & 11) are set for on-the-record oral argument on November 29, 2005, at 2:00 p.m. Counsel for defendants are to arrange for the argument to be conducted by telephone.

Plaintiff is to file a written response to the motions by no later than noon on November 28, 2005.

DONE, this the 22nd day of November, 2005.

                                           /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**