UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BLAKE DEWS ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | Civil Action No.:CV-05-1045-D |
| ) | |
| TROY UNIVERSITY, AN ) | |
| ALABAMA PUBLIC STATE ) | |
| UNIVERSITY; DR. JACK ) | |
| HAWKINS, JR. IN HIS ) | |
| INDIVIDUAL CAPACITY ) | |
| AND AS CHANCELLOR OF ) | |
| TROY UNIVERSITY; JERRY ) | |
| JOHNSON IN HIS INDIVIDUAL ) | |
| CAPACITY AND AS HEAD OF ) | |
| THE TROY UNIVERSITY ) | |
| DEPARTMENT OF ART AND ) | |
| DESIGN; ROBERT JOSLIN, IN ) | |
| HIS INDIVIDUAL CAPACITY ) | |
| AND  AS A PROFESSOR AND ) | |
| DIRECTOR OF PHOTOGRAPHY ) | |
| IN THE TROY UNIVERSITY ) | |
| DEPARTMENT OF ART, ) | |
| ) | |
| DEFENDANTS. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS BASED ON INSUFFICIENCY OF SERVICE OF PROCESS**

Pursuant to the Order of this Honorable Court dated November 22, 2005, the Plaintiff files this response to the Defendants' Motions to Dismiss based on insufficiency of process under Fed.R.Civ.P. 12(b)(5).

1.   Defendants Jerry Johnson, Robert Joslin and Dr. Jack

Hawkins, Jr., have all three filed motions to dismiss the above styled action for insufficient service of process based on the fact that process server, Michael Magrino failed to properly serve the Defendants.

    2.   Without conceding initial insufficient service, the Plaintiff states that this issue is now moot.

    3.   Process of the summons and complaint in this case has now been personally served on each of the Defendants, Jerry Johnson, Robert Joslin, and Dr. Jack Hawkins, Jr at their individual homes. (See Exhibit A).

    4.   A copy of the returns of service for each Defendant, which are to be filed with the Court on or about November 28, 2005 are also provided.  (See Exhibit B).

    5.   The above styled civil action was filed on October 31, 2005.

    6.   As provided in Fed.R.Civ.P. 4(m), service must be perfected within 120 days after the filing of the complaint.

    7.   As of the date of the filing of this response, only 28 days has elapsed since the complaint was filed with the Court.

    8.   Service has now been personally effected on each of the Defendants, but even had it not, the Plaintiff should be allowed 92 days from this date to perfect such service before

this case would be due to be dismissed pursuant to Rule 4(m).

WHEREFORE, these premises considered, the Plaintiff, Blake Dews, respectfully moves this Court to deny Defendants', Jerry Johnson, Robert Joslin and Dr. Jack Hawkins, Jr., Motions to Dismiss.

Dated this the 28th day of November, 2005.

PARKMAN, ADAMS & WHITE

s/James W. Parkman, III
ATTORNEY FOR PLAINTIFF
739 WEST MAIN STREET
DOTHAN, AL 36301
(334) 792-1900
(334) 712-1352 FAX

s/William C. White, II
ATTORNEY FOR PLAINTIFF
739 WEST MAIN STREET
DOTHAN, AL 36301
(334) 792-1900
(334) 712-1352 FAX

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing with the Clerk using the CM/ECF filing system, who will send notification of such filing to the following:

Joseph V. Musso
Peyton Lacy, Jr.
James C. Pennington
Attorneys for Defendant
joseph.musso@odnss.com

S/ William C. White, II
OF COUNSEL