## AFFIDAVIT OF MICHAEL MAGRINO

Comes now Michael Magrino, who being first duly sworn, deposes and says as follows:

1.  My name is Michael Magrino. I have been employed by Parkman, Adams & White as a special process server. I am over the age of 18 years and have personal knowledge of the matters set forth in this declaration.

2.  On November 23, 2005, I personally served a summons and complaint in Blake Dews v. Troy University, et als. CV05-145-D on Defendant, Jerry Johnson, at his dwelling house at 115 Glenwood Avenue, Troy, AL. I intend to file the return of service with the Court for Jerry Johnson on or about November 28, 2005.

3.  On November 25, 2005, I personally served a summons and complaint in Blake Dews v. Troy University, et als. CV05-145-D on Defendant, Robert Joslin, at his dwelling house at 517 Girard Avenue, Dothan, AL. I intend to file the return of service with the Court for Robert Joslin on or about November 28, 2005.

4.  On November 26, 2005, I personally served a summons and complaint in Blake Dews v. Troy University, et als. CV05-145-D on Defendant, Dr. Jack Hawkins, Jr.,


PLAINTIFF'S
EXHIBIT
A

at his dwelling house at 110 McKinley Street, Troy, AL. I intend to file the return

of service with the Court for Dr. Jack Hawkins, Jr. on or about November 28, 2005.

Executed on this the 28th day of November, 2005.

Michael Magrino

Subscribed and sworn to before me, this 28th day of November 2005.

NOTARY PUBLIC
My commission expires: 7·9·08