AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11-25-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Michael Magrino | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 517 Girard Ave Dothan, AL 36303  Robert Joslin

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-25-05
            Date

Signature of Server

739 W. Main St Dothan
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

PLAINTIFF'S EXHIBIT B

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 11-23-05 |
| NAME OF SERVER *(PRINT)* Michael Magrino | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 115 Glenwood Ave, Troy, AL  Jerry Johnson

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

 Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:


☐ Other (specify):


### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-23-05
             Date                Signature of Server

                                 739 W. Main St Dothan, AL
                                 Address of Server


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

◆AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 11-26-05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Michael Magrino | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 110 McKinley St Troy, AL  Jack Hawkins

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-26-05
           *Date*

*Signature of Server*

731 W. Main St Dothan, AL 36301
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.