**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| BLAKE DEWS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | CV-05-1045-MHT-SRW |
| ) | |
| TROY UNIVERSITY, AN ALABAMA ) | |
| PUBLIC STATE UNIVERSITY,; ) | |
| DR. JACK HAWKINS, JR., in his ) | |
| Individual capacity And as ) | |
| CHANCELLOR OF TROY ) | |
| UNIVERSITY; DR. JACK HAWKINS, ) | |
| JR., in his individual capacity And as ) | |
| HEAD OF THE TROY UNIVERSITY ) | |
| DEPARTMENT, OF ART AND ) | |
| DESIGN; DR. JACK HAWKINS, JR., ) | |
| in his individual capacity And as a ) | |
| PROFESSOR AND DIRECTOR OF ) | |
| PHOTOGRAPHY IN THE TROY ) | |
| UNIVERSITY DEPARTMENT OF ART, ) | |
| ) | |
|     Defendants. ) | |

**DEFENDANT DR. JACK HAWKINS, JR.'S
WITHDRAWAL OF HIS MOTION TO DISMISS**

Defendant Dr. Jack Hawkins, Jr.'s respectfully withdraws his Motion to Dismiss Based on Insufficient Service of Process. This withdrawal is based on the following:

1.    On November 22, 2005, Hawkins filed a Motion to Withdraw Based on Insufficient Service of Process.

2.    After Hawkins filed that motion, plaintiff has properly served a summons and complaint on Hawkins.

3.    Therefore, Hawkins' Motion to Dismiss Based on Insufficient Service of Process is moot.

4.      In an Order dated November 22, 2005, the Court set the Motion to Dismiss for a telephone hearing on November 29, 2005, at 2:00 p.m.

5.      This withdrawal makes that hearing unnecessary.

WHEREFORE, PREMISES CONSIDERED, Defendant Dr. Jack Hawkins, Jr.'s respectfully withdraws his Motion to Dismiss Based on Insufficient Service of Process.

Respectfully submitted

s/Joseph V. Musso
Bar Number: ASB-4825-O40J

Peyton Lacy, Jr.
James C. Pennington
Joseph V. Musso
Attorneys for Defendant
Ogletree, Deakins, Nash,
   Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: joseph.musso@odnss.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James W. Parkman, III – parkman@graceba.net; and William C. White, III – parkman@graceba.net.

        Respectfully submitted

        s/Joseph V. Musso_____
        Bar Number:  ASB-4825-O40J

        Peyton Lacy, Jr.
        James C. Pennington
        Joseph V. Musso
        Attorneys for Defendant
        Ogletree, Deakins, Nash,
           Smoak & Stewart, P.C.
        One Federal Place, Suite 1000
        1819 Fifth Avenue North
        Birmingham, AL  35203
        Telephone:  (205) 328-1900
        Facsimile:  (205) 328-6000
        E-mail:  joseph.musso@odnss.com