IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLAKE DEWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | CV-05-01045-MHT-SRW |
| ) | |
| TROY UNIVERSITY, AN ALABAMA ) | |
| PUBLIC STATE UNIVERSITY,; ) | |
| DR. JACK HAWKINS, JR., in his ) | |
| Individual capacity And as ) | |
| CHANCELLOR OF TROY ) | |
| UNIVERSITY; DR. JACK HAWKINS, ) | |
| JR., in his individual capacity And as ) | |
| HEAD OF THE TROY UNIVERSITY ) | |
| DEPARTMENT, OF ART AND ) | |
| DESIGN; DR. JACK HAWKINS, JR., ) | |
| in his individual capacity And as a ) | |
| PROFESSOR AND DIRECTOR OF ) | |
| PHOTOGRAPHY IN THE TROY ) | |
| UNIVERSITY DEPARTMENT OF ART, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT JERRY JOHNSON'S WITHDRAWAL OF HIS MOTION TO DISMISS**

Defendant Jerry Johnson respectfully withdraws his Motion to Dismiss Based on Insufficient Service of Process. This withdrawal is based on the following:

1. On November 22, 2005, Johnson filed a Motion to Withdraw Based on Insufficient Service of Process.

2. After Johnson filed that motion, plaintiff has properly served a summons and complaint on Johnson.

3. Therefore, Johnson's Motion to Dismiss Based on Insufficient Service of Process is moot.

2

4.    In an Order dated November 22, 2005, the Court set the Motion to Dismiss for a telephone hearing on November 29, 2005, at 2:00 p.m.

5.    This withdrawal makes that hearing unnecessary.

WHEREFORE, PREMISES CONSIDERED, Defendant Jerry Johnson respectfully withdraws his Motion to Dismiss Based on Insufficient Service of Process.

                                              Respectfully submitted

                                              s/Joseph V. Musso_____
                                              Bar Number:  ASB-4825-O40J

                                              Peyton Lacy, Jr.
                                              James C. Pennington
                                              Joseph V. Musso
                                              Attorneys for Defendant
                                              Ogletree, Deakins, Nash,
                                                  Smoak & Stewart, P.C.
                                              One Federal Place, Suite 1000
                                              1819 Fifth Avenue North
                                              Birmingham, AL  35203
                                              Telephone:  (205) 328-1900
                                              Facsimile:  (205) 328-6000
                                              E-mail:  joseph.musso@odnss.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James W. Parkman, III – parkman@graceba.net; and William C. White, III – parkman@graceba.net.

        Respectfully submitted

        s/Joseph V. Musso
        Bar Number: ASB-4825-O40J

        Peyton Lacy, Jr.
        James C. Pennington
        Joseph V. Musso
        Attorneys for Defendant
        Ogletree, Deakins, Nash,
           Smoak & Stewart, P.C.
        One Federal Place, Suite 1000
        1819 Fifth Avenue North
        Birmingham, AL  35203
        Telephone:  (205) 328-1900
        Facsimile:  (205) 328-6000
        E-mail:  joseph.musso@odnss.com