**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **BLAKE DEWS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | **CV-05-01045-MHT-SRW** |
| ) | |
| **TROY UNIVERSITY, AN ALABAMA** ) | |
| **PUBLIC STATE UNIVERSITY,;** ) | |
| **DR. JACK HAWKINS, JR., in his** ) | |
| **Individual capacity And as** ) | |
| **CHANCELLOR OF TROY** ) | |
| **UNIVERSITY; DR. JACK HAWKINS,** ) | |
| **JR., in his individual capacity And as** ) | |
| **HEAD OF THE TROY UNIVERSITY** ) | |
| **DEPARTMENT, OF ART AND** ) | |
| **DESIGN; DR. JACK HAWKINS, JR.,** ) | |
| **in his individual capacity And as a** ) | |
| **PROFESSOR AND DIRECTOR OF** ) | |
| **PHOTOGRAPHY IN THE TROY** ) | |
| **UNIVERSITY DEPARTMENT OF ART,** ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANT ROBERT JOSLIN'S
WITHDRAWAL OF HIS MOTION TO DISMISS**

Defendant Robert Joslin's respectfully withdraws his Motion to Dismiss Based on Insufficient Service of Process. This withdrawal is based on the following:

1.   On November 22, 2005, Joslin filed a Motion to Withdraw Based on Insufficient Service of Process.

2.   After Joslin filed that motion, plaintiff has properly served a summons and complaint on Joslin.

3.   Therefore, Joslin's Motion to Dismiss Based on Insufficient Service of Process is moot.

4. In an Order dated November 22, 2005, the Court set the Motion to Dismiss for a telephone hearing on November 29, 2005, at 2:00 p.m.

5. This withdrawal makes that hearing unnecessary.

WHEREFORE, PREMISES CONSIDERED, Defendant Robert Joslin's respectfully withdraws his Motion to Dismiss Based on Insufficient Service of Process.

        Respectfully submitted

        s/Joseph V. Musso_____
        Bar Number:  ASB-4825-O40J

        Peyton Lacy, Jr.
        James C. Pennington
        Joseph V. Musso
        Attorneys for Defendant
        Ogletree, Deakins, Nash,
          Smoak & Stewart, P.C.
        One Federal Place, Suite 1000
        1819 Fifth Avenue North
        Birmingham, AL  35203
        Telephone:  (205) 328-1900
        Facsimile:  (205) 328-6000
        E-mail:  joseph.musso@odnss.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James W. Parkman, III – parkman@graceba.net; and William C. White, III – parkman@graceba.net.

    Respectfully submitted

    s/Joseph V. Musso_____
    Bar Number: ASB-4825-O40J

    Peyton Lacy, Jr.
    James C. Pennington
    Joseph V. Musso
    Attorneys for Defendant
    Ogletree, Deakins, Nash,
       Smoak & Stewart, P.C.
    One Federal Place, Suite 1000
    1819 Fifth Avenue North
    Birmingham, AL 35203
    Telephone: (205) 328-1900
    Facsimile: (205) 328-6000
    E-mail: joseph.musso@odnss.com