IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BLAKE DEWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | )    2:05cv1045-T |
| | ) |
| TROY UNIVERSITY, | ) |
| etc., et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

It is ORDERED as follows:

(1) The notices of withdrawal (Doc. Nos. 14, 15, & 16) are treated as motions to withdraw and said motions are granted.

(2) The motions to dismiss (Doc. Nos. 9, 10, & 11) are withdrawn.

DONE, this the 30th day of November, 2005.

                                             /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE