AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

BLAKE DEWS

V.

TROY UNIVERSITY, AN ALABAMA PUBLIC STATE UNIVERSITY, et al

ALIAS
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1045-T

TO: (Name and address of Defendant)

JACK HAWKINS, IN HIS INDIVIDUAL CAPACITY AND AS
CHANCELLOR OF TROY UNIVERSITY
110 MCKINLEY ST
TROY, AL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM C. WHITE, II AND JAMES W. PARKMAN, III
PARKMAN, ADAMS & WHITE
739 WEST MAIN ST
DOTHAN, AL 36301

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                              12/15/05

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

BLAKE DEWS

V.

TROY UNIVERSITY, AN ALABAMA PUBLIC STATE UNIVERSITY, et al

ALIAS
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   2:05cv1045-T

TO: (Name and address of Defendant)

JERRY JOHNSON, IN HIS INDIVIDUAL CAPACITY AND AS HEAD OF THE TROY UNIVERSITY DEPARTMENT OF ART AND DESIGN
115 GLENWOOD AVE
TROY, AL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM C. WHITE, II AND JAMES W. PARKMAN, III
PARKMAN, ADAMS & WHITE
739 WEST MAIN ST
DOTHAN, AL  36301

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                12/15/05

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

BLAKE DEWS

ALIAS
**SUMMONS IN A CIVIL ACTION**

V.

TROY UNIVERSITY, AN ALABAMA PUBLIC STATE UNIVERSITY, et al

CASE NUMBER: 2:05cv1045-T

TO: (Name and address of Defendant)

ROBERT JOSLIN, IN HIS INDIVIDUAL CAPACITY AND AS A
PROFESSOR AND DIRECTOR OF PHOTOGRAPHY IN THE TROY
UNIVERSITY DEPARTMENT OF ART
517 GIRARD AVE
DOTHAN, AL 36303

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM C. WHITE, II AND JAMES W. PARKMAN, III
PARKMAN, ADAMS & WHITE
739 WEST MAIN ST
DOTHAN, AL 36301

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                              12/15/05

CLERK                                                            DATE

(By) DEPUTY CLERK