IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BLAKE DEWS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NUMBER:** |
| | ) | |
| TROY UNIVERSITY, AN ALABAMA | ) | **2:05-cv-1045-ID-SRW** |
| PUBLIC STATE UNVERSITY, | ) | |
| | ) | |
| DR. JACK HAWKINS, JR., IN HIS | ) | |
| INDIVIDUAL CAPACITY AND AS | ) | |
| CHANCELLOR OF TROY | ) | |
| UNVERSITY, | ) | |
| | ) | |
| JERRY JOHNSON, IN HS INDIVIDUAL | ) | |
| CAPACITY AND AS HEAD OF THE | ) | |
| TROY UNIVERSITY DEPARTMENT, | ) | |
| OF ART AND DESIGN, | ) | |
| | ) | |
| ROBERT JOSLIN, IN HIS INDIVIDUAL | ) | |
| CAPACITY AND AS A PROFESSOR | ) | |
| AND DIRECTOR OF PHOTOGRAPHY | ) | |
| IN THE TROY UNIVERSITY | ) | |
| DEPARTMENT OF ART, | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT PROPOSED DISCOVERY PLAN

1.      Pursuant to Fed.R.Civ.P.26(f), a telephonic meeting was held on December 13, 2005 and was attended by :

FOR PLAINTIFF:

William C. White, II
Parkman, Adams & White

Gabriel S. Sterling, III
Troutman Sanders, L.L.P

FOR DEFENDANTS:

James C. Pennington
Joseph V. Musso
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

2.    **Pre-Discovery Disclosures.**  The parties agree to provide Pre-Discovery Disclosures by January 10, 2006.

3.    **Discovery Plan.**  The parties jointly propose to the court the following discovery plan:

(a)    Discovery will be needed on the following subjects:  Circumstances related to the creation, presentation, and removal of Plaintiff's art as described in Plaintiff's complaint; circumstances related to the certain and enforcement of Troy University's policies addressing speech; Plaintiff's claims, Defendant's defenses, damages.

(b)    All discovery commenced in time to be completed by July 1, 2006.

(c)    Interrogatories, limited to **20**, by each party to any other party may be submitted. Responses are due **30** days after service.

(d)    Requests for Admissions by each party to any other party may be submitted. Responses are due **30** days after service.

(e)    Total of **8** depositions by Plaintiff and by Defendants are permissible.

(f)    Each deposition is limited to maximum of **8** hours unless extended by agreement of parties.

(g)    Reports from retained experts under Rule 26(a)(2) due:  from Plaintiff by **April 1, 2006** and from the Defendant by **May 1, 2006**.  At this time the parties do not anticipate retaining experts, but shall promptly inform all other parties should an expert be retained.

(h)    Supplementation under Rule 26(e) are due as soon as practicable, but no later than the end of the discovery completion date.

4.    **Other Items.**

(a)    The parties do not request a conference with the court before entry of the Scheduling Order.

(b)    The parties request a Pretrial Conference by **July, 2006.**

(c)     Plaintiff shall be allowed until **March 1, 2006** to amend the pleadings and add parties.

(d)     Defendant shall be allowed until **March 15, 2006** to amend the pleadings or add parties.

(e)     All potential Dispositive Motions should be filed no later than **90** days prior to the established pretrial date.

(f)     Settlement cannot be evaluated at this time.  The parties discussed the possibilities for prompt settlement or resolution of the case.  The parties have not yet engaged in any settlement discussion.

(g)     Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from Plaintiff and Defendants no later than **30** days prior to the established trial date.

(h)     Parties should have **14** days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

(i)     The case should be ready for trial by **August 15, 2006**.

(j)     All items required to be discussed by Rule 26(f) were discussed.


Respectfully submitted,


s/Joseph V. Musso
Bar No.:  ASB-4825-O40J

James C. Pennington
Joseph V. Musso
Peyton Lacy, Jr.
Attorneys for Defendant
Ogletree, Deakins, Nash,
     Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama  35203-2118
Telephone:  (205) 328-1900
Facsimile:  (205) 328-6000
Email:  joseph.musso@odnss.com

s/William C. White, III
Bar No.:  WHI109

s/James W. Parkman, III
Bar No.  PAR032

William C. White, III
James W. Parkman, III
Attorneys for Plaintiff
Parkman, Adam & White
739 W. Main Street
Dothan, Alabama 36301
Telephone:  (334) 792-1900
Facsimile:  (334) 712-1352
Email:  parkman@graceba.net