AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1-3-06 |
| NAME OF SERVER (PRINT) Michael Magrino | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 600 University Dr. Troy, AL    Jack Hawkins

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-3-06
              *Date*         *Signature of Server*  Michael Magrino

170 S. Oates St
*Address of Server*
Dothan, AL 36301

RETURNED AND FILED

JAN - 4 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

BLAKE DEWS

V.

TROY UNIVERSITY, AN ALABAMA PUBLIC STATE UNIVERSITY, et al

ALIAS
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1045-$ T

TO: (Name and address of Defendant)

JACK HAWKINS, IN HIS INDIVIDUAL CAPACITY AND AS
CHANCELLOR OF TROY UNIVERSITY
110 MCKINLEY ST
TROY, AL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM C. WHITE, II AND JAMES W. PARKMAN, III
PARKMAN, ADAMS & WHITE
739 WEST MAIN ST
DOTHAN, AL 36301

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                12/15/05

CLERK                                             DATE

[signature]

(By) DEPUTY CLERK