RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA A 10: 31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| BLAKE DEWS,<br><br>Plaintiff,<br><br>vs.<br><br>TROY UNIVERSITY, AN ALABAMA PUBLIC STATE UNIVERSITY; DR. JACK HAWKINS, JR., in his Individual capacity And as CHANCELLOR OF TROY UNIVERSITY; JERRY JOHNSON, in his Individual capacity And as HEAD OF THE TROY UNIVERSITY DEPARTMENT OF ART AND DESIGN; ROBERT JOSLIN, in his individual capacity And as a PROFESSOR AND DIRECTOR OF PHOTOGRAPHY IN THE TROY UNIVERSITY DEPARTMENT OF ART,<br><br>Defendants. | CIVIL ACTION NO:<br>2:05-CV-1045(T) |

## MOTION FOR ADMISSION TO PLEAD AND PRACTICE *PRO HAC VICE*

Pursuant to Local Rule 83.1(b), Gabriel S. Sterling respectfully requests that the Court enter an order granting him admission to appear *pro hac vice* as additional counsel on behalf of Plaintiff Blake Dews for all purposes in this matter, and states:

1.  I, Gabriel S. Sterling, am a member of the law firm of Troutman Sanders LLP in Washington, D.C. My mailing address is 401 9th Street, N.W., Suite 1000, Washington, D.C. 20004, and my office telephone number is (202) 274-2911.

2.  I am a member in good standing of the bar of the United States District Court for the District of Columbia. I am also a member in good standing of the bar of the District of Columbia. My certified Certificate of Good Standing from the United States District Court for the District of Columbia bar is attached.

3. I have not been subject to any discipline by any court or administrative body.

4. I have obtained a copy and have familiarized myself with the Local Rules of Practice of this Court.

5. I agree to abide by the rules of this Court, and to submit myself to the discipline of the Court as provided by such Rules and applicable law.

WHEREFORE, the undersigned requests that the Court enter an order granting him admission to this Court to appear *pro hac vice* as additional counsel on behalf of Plaintiff Blake Dews.

Respectfully submitted this 23rd day of January 2006.

TROUTMAN SANDERS LLP

_____
Gabriel S. Sterling (D.C. Bar No. 464133)
401 9th Street, N.W.
Suite 1000
Washington, D.C. 20004-2134
(202) 274-2911 (telephone)
(202) 654-5654 (facsimile)

Counsel to Blake Dews

## **CERTIFICATE OF SERVICE**

     This is to certify that I have this 23rd day of January, 2006, served the following with a copy of the within and foregoing Motion for Admission to Plead and Practice Pro Hac Vice via first class mail on:

     James W. Parkman, III
     William Calvin White, II
     Parkman & Associates
     739 West Main Street
     Dothan, AL 36301

     Counsel for Plaintiff Blake Dews

     Joseph Vincent Musso
     Peyton Lacy, Jr.
     James C. Pennington
     Ogletree, Deakins, Nash, Smoak & Stewart
     1819 5th Avenue North
     One Federal Place, Suite 1000
     Birmingham, AL 35203

     Counsel for Defendants Troy University, Dr. Jack Hawkins, Jr., Jerry Johnson, and Robert Joslin

_/s/ Gabriel S. Sterling_
Gabriel S. Sterling

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**GABRIEL S. STERLING, III**

was, on the 7th day of November A.D. 2005 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 7th day of November, A.D. 2005.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____
Deputy Clerk