IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BLAKE DEWS,                      )
                                 )
     Plaintiff,                  )
                                 )    CIVIL ACTION NO.
     v.                          )      2:05cv1045-T
                                 )
TROY UNIVERSITY,                 )
etc., et al.,                    )
                                 )
     Defendants.                 )
```

### ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 29) is granted.

DONE, this the 31st day of January, 2006.

                /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**