IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLAKE DEWS, ) | |
| ) | |
| PLAINTIFF, ) | CIVIL ACTION NUMBER: |
| ) | 2:05-CV-1045-T |
| ) | |
| V. ) | |
| ) | |
| TROY UNIVERSITY, et al., ) | |
| ) | |
| DEFENDANT. ) | |

## NOTICE OF FILING DISCOVERY RESPONSE

COMES NOW the plaintiff, BLAKE DEWS, in the above styled cause, and files this Notice as follows:

1. The plaintiff has responded to the defendants's Interrogatories and Request for Production of Documents on this date.

Dates this the 23rd day of February, 2006.

PARKMAN, ADAMS & WHITE


s/William C. White, II
WILLIAM C. WHITE, II (WHI109)
JAMES W. PARKMAN, III (PAR032)
ATTORNEYS FOR PLAINTIFF
739 WEST MAIN ST
DOTHAN, AL 36301
(334) 792-1900
(334) 712-1352 FAX

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 23, 2006, I electronically filed the forgoing with the Clerk of using the CM/ECF system which will send notification of such filing to the following:

Joseph V. Musso
James C. Pennington
Peyton Lacy ,Jr.
Attorneys for Defendant
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118

                                                s/William C. White, II
                                                OF COUNSEL