IN THE DISTRICT COURT OF UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BLAKE DEWS, | * |
| PLAINTIFF, | * |
| V. | *   CASE NO: 2:05CV1045-T |
| TROY UNIVERSITY, et al, | * |
| | * |
| DEFENDANTS. | * |
| | * |

**JOINT REQUEST FOR EXTENSION OF TIME TO FILE
MOTION FOR SUMMARY JUDGMENT**

COMES NOW William C. White, II, Counsel for Plaintiff, Blake Dews, and Joseph V. Musso, Counsel for Defendants, and request an extension for filing their Motions for Summary Judgment for the parties, and as grounds therefore would say as follows:

1. Pursuant to Section 2 of the Scheduling Order issued by this Court, the Motions for Summary Judgment are due May 23, 2006.

2. The counsel for Plaintiff has just finished two weeks of criminal jury trials in the Circuit Court of Houston County, Alabama.

3. The counsel for Plaintiff is currently assisting his law partner in a criminal jury trial in Prattville, Alabama.

4. Said trial is expected to last several days and undersigned counsel requests a seven day extension to May 30, 2006 in which to complete the Motion for Summary Judgment.

5. Undersigned counsel has consulted with the opposing counsel and said counsel is in agreement that both counsels need a seven day extension for completion of the Motions for Summary Judgment.

WHEREFORE, the undersigned counsels pray this Court will grant a seven day extension to May 30, 2006 for filing the Motions for Summary Judgment for the reasons stated herein.

Dated this the 22nd day of May, 2006

| OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C. | PARKMAN, ADAMS & WHITE |
|---|---|
| s/Joseph V. Musso | s/William C. White, II |
| Bar No: ASB-4825-040J | Bar No: 6545-H70W |
| Attorney for Defendant | Attorney for Plaintiff |
| One Federal Place, Suite 1000 | 739 West Main Street |
| 1819 Fifth Avenue North | Dothan, AL 36301 |
| Birmingham, AL 35203-2118 | (334) 792-1900 |
| (205) 328-1900 | (334) 712-1352 Facsimile |
| (205) 328-6000 Facsimile | Email: parkman@graceba.net |
| Email: joseph.musso@odnss.com | |