IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BLAKE DEWS,                      )
                                 )
      Plaintiff,                 )
                                 )        CIVIL ACTION NO.
      v.                         )         2:05cv1045-T
                                 )
TROY UNIVERSITY,                 )
etc., et al.,                    )
                                 )
      Defendants.                )
```

ORDER

It is ORDERED that the request for extension of time (Doc. No. 33) is denied for the following reason.

"Absent stated unforeseen and unavoidable circumstances beyond the control of the movant, ... 'eleventh hour' extension requests and motions will be denied outright." Scheduling Order (Doc. No. 25), § 9(B). The movant has failed to offer any explanation as to why this request was filed on the day before the deadline for dispositive motions in this case, rather than days, or even weeks, in advance.

DONE, this the 22nd day of May, 2006.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE