IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **BLAKE DEWS,** | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| | ) | 2:05CV1045-T |
| v. | ) | |
| | ) | |
| **TROY UNIVERSITY, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56, F. R. Civ. P., Plaintiff, Blake Dews, moves this Court to enter a Partial Summary Judgment on his behalf on the first, second, third, and fourth claims for relief contained in Plaintiff's Complaint on the basis that no genuine issue of material fact exists and Blake Dews is entitled to judgment as a matter of law. This motion is supported by a brief containing arguments, authority and exhibits, which is filed concurrently herewith.

Dated this the 23rd day of May, 2006

PARKMAN, ADAMS & WHITE

s/William C. White, II
Bar No: 6545-H70W
Attorney for Plaintiff
739 West Main Street
Dothan, AL 36301
(334) 792-1900
(334) 712-1352 Facsimile
Email: parkman@graceba.net

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph V. Musso
Attorney for Defendant
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
(205) 328-1900
(205) 328-6000 Facsimile
Email: joseph.musso@odnss.com

                                        s/William C. White, II
                                        OF COUNSEL