Troy University

# STANDARDS OF CONDUCT

*By publication of these "STANDARDS OF CONDUCT," the University calls to the special attention of students and organizations the standards by which they are expected to abide. Students and organizations should be aware of the STANDARDS and should know they will be held accountable for their provisions.*

### General
All students enrolling in Troy University assume an obligation to conduct themselves at all times as responsible members of the campus community and in accordance with standards of common decency and decorum, with recognition and respect for the personal and property rights of others and the educational mission of the university.

### Authority For Rules And Regulations
The Board of Trustees of Troy University is vested with the authority to promulgate rules and regulations regarding the conduct of students while enrolled at Troy University by Title 16-56-6, Code of Alabama, 1975. The University Trustees have delegated full authority to the University administration to prepare and administer rules and regulations for the welfare and discipline of its students.

### Administrative Responsibility and Authority
The Student Services Division of the University has primary authority for the supervision of student conduct and administration of discipline. The Senior Vice Chancellor for Student Services and campus staff are responsible for working with students and student organizations to encourage support and compliance with University standards. The Senior Vice Chancellor may delegate specific responsibilities to members of his respective staffs, and in some instances, to student government agencies. It is permissible for the Student Services Judicial Officers on each campus to handle disciplinary decisions administratively if both the student or student organization and the Judicial Officer agree to an administrative hearing. The Student Services Judicial Officer is responsible for coordinating all disciplinary procedures and maintaining appropriate records of student conduct and disciplinary actions.

### Notification of Parents/Guardians due to an Alcohol and/or Drug Violation
Under federal legislation adopted in 1998, the University may notify parents or guardians of students under the age of 21 who are found guilty of an alcohol or other drug violation. This option will be exercised as necessary to ensure the safety and well-being of all students.

### Misconduct Defined
By enrollment at the University, a student or organization neither relinquishes rights nor escapes responsibilities of local, state, or federal laws and regulations. The "STANDARDS OF CONDUCT" are applicable to behavior of students and organizations on and off the university campus if that behavior is deemed to be incompatible with the educational environment and mission of the university. A student or organization may be disciplined, up to and including suspension and expulsion, and is deemed in violation of the "STANDARDS OF CONDUCT", for the commission of or the attempt to commit any of the following offenses:
   1. Dishonesty, such as cheating, plagiarism or knowingly furnishing false information to the University, faculty or other officers or employees of the University.
   2. Forgery, alteration or misuse of university documents, records or identification.
   3. Issuance of a worthless check made payable to Troy University.
   4. Actual or threatened physical abuse, threat of violence, intimidation, hazing, harassment, or any other act that endangers the health or safety of any person.


PLAINTIFF'S EXHIBIT 2

The Oracle

5. Destruction, damage, or misuse of university property, public, or private.
6. Theft, attempted theft, burglary, attempted burglary, accessory to these acts, and/or possession of stolen property.
7. Unauthorized manufacture, sale, delivery, use, or possession of any drug or drug paraphernalia defined as illegal under local, state, or federal law.
8. The unlawful possession, use, or distribution of alcoholic beverages, public drunkenness, driving under the influence, or the public display of alcoholic beverages and the use or display of such in public areas of the residence halls and all other public areas of the campus.
9. Participation in any form of gambling.
10. Use, possession, or distribution of firearms, bows, illegal knives, fireworks, any incendiary, or any type of explosive device or material. Only duly-constituted law enforcement officers may possess firearms on campus.
11. Disorderly conduct, including rioting, inciting to riot, assembling to riot, raiding, inciting to raid, and assembling to raid university properties.
12. Lewd, indecent, obscene behavior or expression.
13. Trespassing or unauthorized entry to or use of university facilities.
14. Unauthorized use or attempted use of any services belonging to or provided by the University, including but not limited to, computer, telephone, cable television, copying facilities, or any other such service.
15. Unauthorized possession of a key to any university facility.
16. Interference with the use of or access to university facilities, obstruction or disruption of teaching, research, administration, service, disciplinary procedures, or other activities on university property by either university or non-university person or groups.
17. Failure to promptly comply with directions of university officials or law enforcement officers acting in the performance of their duties as such officials and officers.
18. Entering false fire alarms, or bomb threats, tampering with fire extinguishers, alarms, or other safety or fire-fighting equipment.
19. Any activity which creates a mentally abusive, oppressive, or harmful situation for another is a violation. Use of the mail, telephone, computer and electronic messages, or any other means of communication to insult, threaten, or demean another is prohibited.
20. Conviction of any misdemeanor or felony that adversely affects the educational environment of the University.
21. Violation of any university policies or regulations as published or referred to in the Student Handbook, including, but not limited to, those governing the time, place and manner of public expression; the registration of student organizations; the use of university facilities; occupation and visitation of residence halls and other housing owned or controlled by the university; and the use and parking of motor vehicles on the campus.
22. Conduct in violation of public law, federal and state statutes, local ordinances, or university regulations or policies whether or not specified in detail, that adversely affects the student's suitability as a member of the academic community and regardless of whether such conduct has resulted in a conviction under a statute of ordinance.
23. Any other activity or conduct not specifically stated herein that impairs or endangers any person, property, or the educational environment of the University.

### Disciplinary Procedures

Students who are charged with violation of university regulations will receive a fair and reasonable hearing before a judiciary body or administrative officer where the fundamental elements of due process are followed.

University disciplinary procedures assure the student's right to procedural and substantive due process to safeguard the personal and confidential information concerning the student. These procedures may differ from court procedures in the interest of student welfare and confidence. Procedures and rules have been developed to assure a fair hearing and appeal. Incidents of alleged misconduct

and the relevant facts may be referred directly to committees for initial action. Prior notice concerning the alleged misconduct or offense and specific university policies or standards that apply are given to the student or students involved. Information and facts are presented before such committees in the presence of the student or students, and they are given an opportunity to challenge these presentations and to offer such information as they deem necessary. The failure of a student to appear at a scheduled hearing will not of itself prejudice his case; neither will it prevent the committee from hearing the case.

The right to proceed with university disciplinary proceedings shall in no way be affected by the filing of criminal or civil charges in any court by any person or any government entity against the accused student or organization. If charges pertaining to a judicial case also result in an off-campus warrant against the accused student or organization, the university will proceed with on-campus judicial action. Exceptions may be made with the approval of the Senior Vice Chancellor for Student Services, based on a written recommendation by the Student Services Judicial Officer at the specific location, when the accused is incarcerated without bail or other circumstances warrant a delay in adjudicating the case on campus.

Sanctions imposed in a case that is also adjudicated by an off-campus agency may be subject to modification based on the outcome of the off-campus case.

## Responsibility for Disciplinary Actions

The University delegates specific and general authority and responsibility to faculty, administrators, committees, and councils. The Senior Vice Chancellor for Student Services and staff provide specific information concerning student rights, procedures, and jurisdiction for specific incidents or alleged misconduct. The major agencies involved in disciplinary procedures are described in the remainder of this section.

## Appeals From Actions And Referrals For Action

The University procedures for handling disciplinary matters are based upon the principle of appeal for review by a higher administrative authority or committee. An appeal from a decision may be made by any party to the appropriate appeal board or administrative authority within five days of the decision. The appeal authority may take any action deemed appropriate.

## Student Judiciaries and Courts

Certain disciplinary authority may be delegated to student organization judiciaries or courts. Appeals from student judiciary or court decisions may be made through the Office of the Senior Vice Chancellor for Student Services or his designee to the Student Services Judicial Committee on each campus. Student organization courts or judiciary committees are established with specific authorities when constitutions are approved by the University Student Services Committee. Examples of such delegation of disciplinary authority exist in the case of the Student Government Association, the Interfraternity Council, and the Panhellenic Council. (See pertinent Constitutions.)

## Mediation

Mediation is a voluntary process. Its aim is to assist the persons in dispute to resolve or settle their issue quickly, informally, cooperatively, and confidentially. Where informal settlement is accepted by both parties, a mediator from Student Services will convene a mediation meeting. The mediator does not act as an advocate for either side but as a facilitator. The mediator's role is to assist both parties to explore the issues that led to the complaint, identify points of agreement, and arrive at a solution that resolves or settles the complaint. If at any time the mediation process does not result in satisfaction to both parties, then the incident may be referred to the Student Services Judicial Officer or Committee for a formal process.

The Oracle

### Student Services Judicial Committee

A Student Services Judicial Committee procedure has been established by the university. There will be committees at each campus and the committees have the following functions:
- To hear charges and information concerning student and organization misconduct and to take final action in all cases referred to the committee for original jurisdiction by the Student Services Judicial Officer.
- To serve as a review committee for cheating and plagiarism cases referred by faculty members through the Student Services Judicial Officer or to hear appeals by students regarding faculty actions when referred by the Student Services Judicial Officer.
- To review and make recommendations to the Student Services Judicial Officer on student discipline policies and procedures.
- To review cases of appeal from student judicial agencies which are referred to it by the Student Services Judicial Officer.
- The failure of a student to appear at a scheduled hearing will not of itself prejudice his case; neither will it prevent the committee from hearing the case.

This committee is charged with the responsibility of all matters pertaining to students that are organizational, disciplinary, or procedural. The committee, at its discretion, may delegate substantive and procedural functions to organizations and/or individuals concerned with the above stated areas.

### Rights of Accused Students

(also applies for Recognized Organizations)

Students or recognized student organizations who are charged with violation of university regulations will receive a fair and reasonable hearing before the appropriate administrative officer or judiciary committee where the fundamental elements of procedural due process are followed. The following procedures are guaranteed to accused students or recognized student organizations in those proceedings considering charges that could lead to suspension or expulsion from Troy University:
- A written notice shall be provided at least five (5) calendar days in advance of any hearing; the notice shall specify the factual allegations of misconduct and refer to the specific institutional rule that the facts, as alleged, call into play. The student may waive the five (5) day minimum notice.
- A hearing shall be conducted by an appropriate tribunal. It is not necessary that students be impaneled on such a board, but neither should deans or administrators representing the institution's cases be allowed to sit on the tribunal.
- The student or student organization shall be permitted to have counsel present at the hearing only to seek advice during the course of the proceedings.
- The student or student organization shall be permitted to confront accusers and all witnesses who were physically present during the event.
- The student or student organization shall be granted the opportunity to present his/her own case, including his/her version of the facts, and any affidavits, exhibits, or witnesses in support thereof, in reference to the specific charges against the student.
- The student or student organization shall be allowed to hear all facts and information presented against him/her and to cross-examine all adverse witnesses.
- The failure of a student to appear at a scheduled hearing will not of itself prejudice the student's case; neither will it prevent the committee from hearing the case.
- The tribunal shall make its decision solely on the basis of facts presented to it and must provide a written finding of their decision.
- Appellate procedures must be guaranteed and for that purpose, a record of the hearing must be preserved. There shall be a single verbatim record, such as a tape recording, of all hearings before a judicial body. The record shall be the property of the University.

Troy University

a. **Form of Appeals**
   Appeals must be made in the form of a letter within five days of the decision in sufficient detail to inform the Review Authority of the grounds for appeal. Ordinarily, the student(s) or organization will not be given the opportunity to appear before the Review Authority for an oral hearing. The appeal is not intended to afford a full rehearing of the case, but to serve as a method of reviewing the record of the case and the procedures followed in its adjudication. Appeals will be made to the Senior Vice Chancellor for Student Services on the Troy campus and to the campus Vice Chancellor at all other locations. The appeals will be forwarded through the Student Services Judicial Officer on each campus.
b. **Grounds for Appeal**
   (1) In general, appeals must be based on the issue of substantive or procedural errors that are prejudicial and were committed during the disciplinary process.
   (2) Student(s) who knowingly admit responsibility may only appeal the sanctions imposed to them.
   (3) The specific questions for the review that should be addressed in any written appeal are the following:
      (a) Were the procedures of the "Rights of Accused Students" followed?
      (b) If a procedural error was committed, were the rights of the accused materially violated?
      (c) Was the hearing conducted in a way that permitted the accused an adequate opportunity to present a defense?
      (d) Was the information presented at the hearing substantial enough to justify the decision reached?

Accused students shall be afforded the right to attend classes and university functions until the hearing is held and the case is decided. Exception to this would be made for reasons relating to a student's physical or emotional safety and well being, or for reasons relating to the general safety of students, faculty, or university property. In this event, the Student Services Judicial Officer may temporarily impose such sanctions on the student as are reasonably necessary to protect the student, the University and/or University property from such danger.

### Disciplinary Action and Penalties

Disciplinary actions are taken and penalties are assigned by staff members or appropriate committees and judiciaries on the basis of all attendant circumstances. Official notifications are given by the appropriate administrative office and official records are maintained in that office. Efforts are made to keep penalties consistent with those applied in similar cases in recognition of the fact that the University is an educational institution with a rehabilitative point of view.

A student or group of students found to be in violation of the "STANDARDS OF CONDUCT" is subject to one or more of the following sanctions:

**Loss of Privilege:** Loss of privilege is used in cases of violation of a university standard by a student or a student organization. It is most commonly used in the case of dormitory regulations violations, rushing violations by student organizations, social standard violations, or misuse of university facilities. The loss of privilege is ordinarily established for a specific period of time, and actions are recorded in personnel and organization records.

**Restitution:** A student who damages or removes any university property will be charged a monetary amount for repair and/or replacement of the damaged or missing property.

**Work Reparation:** The option of working off part of the sanction by doing work for the university without pay may be offered to the student.

**Removal from Housing:** A student who is deemed to be disruptive or a dangerous presence to other residents in the University housing system may be suspended indefinitely from university housing.

**Disciplinary Warning:** A disciplinary warning is used for infractions of regulations and consists of a restatement of the regulation violated with an official warning concerning future behavior.

The Oracle

**Disciplinary Probation:** Disciplinary probation means that a student is permitted to remain in the University on a probationary status. If a violation of STANDARDS occurs during probation, the student is normally suspended. Disciplinary probation is recorded on the student's permanent personal file in the Student Services office. Conditions of probation are specific to the individual case and will include the loss of the privilege of holding any elected or appointed student office or appointment to a university committee. Any specific probation conditions are described in a personal letter to the student, with a copy to their parents if the student is under 18 years of age.

**Temporary Suspension:** Accused students will be afforded the right to attend classes and university functions until the hearing is held and the case is decided. Exception to this would be made for reasons relating to the general safety of students, faculty, or university property. In this event, the Student Services Judicial Officer may impose such temporary sanctions on the student as are reasonably necessary to protect the student, the University and/or University property from such danger.

**Suspension:** Suspension is used in cases of serious misconduct, or violation of probation, and means that the student is required to cancel registration and is not eligible to apply for readmission for a designated period of time. To qualify for readmission after suspension, a student must receive the approval of the Student Services Judicial Officer and meet academic requirements. Criteria for eligibility for readmission will include the students conduct and activities while out of school. Credit will not be given for work taken at other institutions during a student's suspension.

**Expulsion:** Dismissal from the university for two years or more after which the student must apply through the Senior Vice Chancellor for Student Services (Troy) or campus Vice Chancellor (other campuses) and receive the approval of the appropriate Vice Chancellor and meet academic requirements.

**Other Sanctions:** Other sanctions may be imposed instead of, or in addition to, those specified above. For example, students may be subject to restrictions upon or denials of University parking privileges for violations involving the use of registration of motor vehicles on campus and the loss of privileges for access to University computers or networks. Service or research projects may also be assigned and the student may be required to attend a specified University class or workshop at his or her own expenses. For violations of academic integrity, appropriate academic penalties may also be applied.

### Honor Code

Academic honor, trust, and integrity are fundamental to Troy University. These qualities contribute directly to a student's education and reach far beyond the campus to an overall standing within the community. The following Honor Code was proposed by the SGA, approved by the Student Body and was implemented by the University Board of Trustees. The Honor Code reads: "I, (Troy University Student), will be honest in all of my academic work and strive to maintain academic integrity." Adopted by the Troy University Student Government Association and approved by the Board of Trustees, this Honor Code is in support of the Academic Code as stated in The Oracle.

### Academic Code

A student is subject to disciplinary action if:
1. In connection with a student's admission, readmission, enrollment, or status in the university:
   a. A student gives false information to the university concerning any matter which may properly be considered in that connection; or
   b. A student knowingly withholds from the University any information requested by the University.
2. In connection with the taking of, or in contemplation of the taking of any examination by any person:
   a. A student knowingly discovers or attempts to discover the contents of an examination before the contents are revealed by the instructor;

47

**Troy University**

---

   b. A student obtains, uses, attempts to obtain or use, or supplies or attempts to supply to any person, any unauthorized material or device;
   c. A student uses, attempts to use, or supplies or attempts to supply to any person any material or device dishonestly.
3. Where the work affects or might affect a student's grade, credit, or status in the university, a student represents to be his or her own any work that is not the product of his or her own study and efforts (known as plagiarism).

### Penalties for Misconduct:
1. Any student who has committed an act of misconduct (1, 2, or 3 above) may be subjected to one or more of the following penalties:
   a. A student's grade in the course or on the examination affected by the misconduct may be reduced to any extent, including a reduction to failure.
   b. A student may be suspended from the University for a specific or an indefinite period, the suspension to begin at any time.
2. Procedure – Proceedings before the Student Services Committee may be commenced by any member of the faculty or any person summarily disciplined.
   a. Summary Discipline: Any member of the faculty who is convinced that any person enrolled in his or her course or taking an examination given or supervised by the student has committed an act of misconduct in connection therewith may take the action described in 1.a above (reduction of grade). If the instructor does so, he or she shall notify the student and the Department Chair and also shall notify the student who may request consideration of the matter by the Student Services Committee.
   b. Commencement by instructor: Any member of the faculty who has good cause to suspect that any person enrolled in their course or taking an examination given or supervised by him or her has committed an act of misconduct, shall notify the Student Services Judicial Officer of the belief and the facts upon which it is based. The chair shall call a meeting of the committee to consider the matter.
   c. Hearing: A hearing shall be held if the student or faculty member requests it and in any case that the misconduct could result in the student's suspension or dismissal from the University.
   d. Determination: After the hearing is ended, the committee shall make a finding as to whether or not the person whose conduct is considered has committed any act of misconduct that warrants further action or recommendations.

### Internship
All students seeking a degree that leads to an Alabama Teaching Certificate (Class B, A or AA) are advised of the following:
The State Superintendent of Education shall have the authority to refuse to issue, to suspend, or to recall a certificate for just cause. Just cause may be defined as:

   *...proven guilty of immoral conduct or unbecoming or indecent behavior in Alabama or any other state or nation in accordance with Alabama Code 16-12-5 (1975).*

Students who have been arrested for immoral conduct or unbecoming or indecent behavior during their education internship (student teaching) may present a reason to their cooperating school district to request removal from their district following their notification of such. In such an event, the appropriate campus official will make a reasonable attempt at an alternative placement. If such placement is not possible, the student will be asked to:
1. Take an incomplete for the internship, and following a favorable settling of the charges, be allowed to re-enter the internship program (fall, spring) at an alternative site for completion, or;
2. Withdraw from the University until such time as a favorable settlement is achieved. At that time, the student will be allowed to re-enroll in the university and student internship (fall,

The Oracle

spring). In the event that the individual is found guilty, the case will be remanded to the Office of Student Services for appropriate action under the "STANDARDS OF CONDUCT" set forth in *The Oracle,* as established by the Troy University Board of Trustees.

### Involuntary Administrative Withdrawal & Readmission Procedures Policy

Troy University has established guidelines for students displaying emotional problems or abnormal behavior. In some instances, a student's behavior may be beyond the on-campus resources and capabilities and require consideration of involuntary administrative withdrawal from the university, or from university housing, for a specific period to ensure the safety, security, and well-being of the student and/or other members of the university, and to assure the orderly operation of normal university functions.

It is the policy of Troy University to consider behavioral manifestations that persistently or substantially disrupt the academic process as a serious matter. The University reserves the right to withdraw a student from the University for reasons pertaining to mental health when the student's behavior is a direct threat of harm to themselves or others or when a student's behavior significantly disrupts the lawful activities of others. When a student demonstrates behaviors that are unduly disruptive and impedes the performance of others, students will not be allowed to return to the University residential community or to classes until such time as an evaluation has been made by a qualified mental health professional and the student has been cleared to return. Failure to cooperate will result in immediate, temporary suspension of that student. The final decision to allow a student to return to classes or the residential community will be determined by the Senior Vice Chancellor for Student Services or his designee.

### Standards for Withdrawal

1. A student will be subject to involuntary administrative withdrawal from the university, or from university housing, if it is determined, by clear and convincing facts (See Informal Hearing), that the student is suffering from a mental disorder, including alcoholism, (see definitions, Deviations from established procedures) and, as a result of mental disorder:
    a. engages, or threatens to engage, in behavior that poses a danger or causes physical harm to self or others, or
    b. engages, or threatens to engage, in behavior which would cause significant property damage, or directly and substantially impede the lawful activities of others, or impairs the educational environment of the University.
2. These standards do not preclude removal from the University, or University housing, in accordance with provisions of the residence hall occupancy agreement, or other university rules or regulations.

### Referral For Evaluation

- The Student Services Judicial Officer may refer a student for evaluation by an independent licensed psychiatrist or psychologist chosen by the institution, if the Student Services Judicial Officer reasonably believes that the student may meet the criteria set fourth under Section 1, "Standards for Withdrawal", or if a student, subject to disciplinary charges wishes, to introduce relevant evidence of any mental disorder.
- Students referred for evaluation shall be so informed in writing, either by personal delivery or by certified mail, and shall be given a copy of these standards and procedures. The evaluation must be completed within ten business days from the date of the referral letter, unless an extension is granted by the Student Services Judicial Officer in writing. Students may be accompanied by a licensed psychologist or psychiatrist of their choice, who may observe, but not participate in the evaluation process. Legal representation will not be permitted during the evaluation.
- Any pending disciplinary action may be withheld until the evaluation is completed, in the discretion of the Student Services Judicial Officer.

**Troy University**

---

- A student who fails to complete the evaluation in accordance with these standards and procedures may be withdrawn on a temporary basis, as set forth under temporary suspension, or referred for disciplinary action, or both.

### Temporary Withdrawal

1. A temporary administrative withdrawal (temporary suspension) may be implemented immediately if a student fails to complete an evaluation, as outlined in the Referral for Evaluation Section, of these standards and procedures. Also, a temporary withdrawal may be implemented immediately if the Student Services Judicial Officer determines that a student may be suffering from a mental disorder, and the student's behavior poses an imminent danger of:
   a. causing serious physical harm to the student or others, or;
   b. causing significant property damage, or directly and substantially impeding the lawful activities of others.
   c. the student's behavior is disruptive to normal university functions.
2. A student subject to a temporary withdrawal shall be given written notice of the withdrawal either by a personal delivery or by certified mail, and shall be given a copy of these standards and procedures. The student shall then be given an opportunity to appear personally before the Senior Vice Chancellor for Student Services or the campus Vice Chancellor, within two business days from the effective date of the temporary withdrawal, in order to review the following issues only:
   a. the reliability of the information concerning the student's behavior;
   b. whether or not the student's behavior poses a danger of causing imminent, serious physical harm to the student or others, causing significant property damage, or directly and substantially impeding the lawful activities or others, or the behavior is disruptive to normal university functions.
   c. whether or not the student has completed an evaluation, in accordance with these standards and procedures.
3. A student subject to temporary withdrawal may be assisted in the proceeding specified in item 2 of this section by a family member and a licensed psychologist or psychiatrist, or in lieu of a licensed psychologist, or psychiatrist, by a member of the faculty or staff of the institution. Furthermore, the student may be accompanied by legal counsel, although the role of counsel will be limited to providing advice to the student. Students will be expected to speak for themselves whenever possible.
4. An informal hearing will be held within seven business days after the student has been evaluated by the appropriate mental health professional. Such evaluation should be undertaken within two business days after the student submits a proper request for an appointment. The student will remain withdrawn on an interim basis pending completion of the informal hearing, but will be allowed to enter upon the campus to attend the hearing, or for other necessary purposes, as authorized in writing by the Student Services Judicial Officer.

### Informal Hearing

Students subject to an involuntary withdrawal shall be accorded an informal hearing before the Senior Vice Chancellor for Student Services, or the specific campus designee. The following guidelines will be applicable:
1. Students will be informed, in writing, of the time, date, and location of the informal hearing either by personal delivery or certified mail, at least two business days in advance.
2. The entire case file, the evaluation of these standards and procedures will be available for inspection by the student in the Student Services Office during normal business hours. The file, which should be available at least two business days before the informal hearing, need not include the personal and confidential notes of any institutional official or participant in the evaluation process.

The Oracle

3. The informal hearing shall be conversational and non-adversarial. Formal rules of evidence will not apply. The Senior Vice Chancellor for Student Services or designee shall exercise active control over the proceedings to avoid needless consumption of time and to achieve the orderly completion of the hearing. Any person who disrupts the hearing may be excluded.
4. The student may choose to be assisted by a family member and a licensed psychologist or psychiatrist, or, in lieu of a licensed psychologist or psychiatrist, by a member of the faculty or staff of the institution. Furthermore, the student may be accompanied by legal counsel, although the role of counsel will be limited to providing advice to the student.
5. Those assisting the student, except for legal counsel, will be given reasonable time to ask relevant questions of any individual appearing at the informal hearing, as well as to present relevant evidence.
6. Whenever possible, the student will be expected to respond to questions asked by the Senior Vice Chancellor for Student Services or designee. Students who refuse to answer on grounds of the Fifth Amendment privilege may be informed that the Senior Vice Chancellor or designee could draw a negative inference from their refusal which might result in their dismissal from the institution, in accordance with these standards and procedures.
7. The informal hearing may be conducted in the absence of a student who fails to appear after proper notice.
8. The mental health professional who prepared the evaluation may be expected to appear at the informal hearing, and to respond to relevant questions, upon request of any party, if the Senior Vice Chancellor for Student Services or designee determines that such participation is essential to the resolution of a disposition issue in the case.
9. The Senior Vice Chancellor for Student Services or designee may permit a university official, and the mental health professional who prepared the evaluation, to appear at the informal hearing and to present evidence in support of any withdrawal recommendation. Such evidence will not be presented by legal counsel for the university.
10. The informal hearing shall be tape recorded by the Senior Vice Chancellor for Student Services or designee. The tape(s) shall be kept with the pertinent case file for as long as the case is maintained by the institution.
11. A written decision shall be rendered by the Senior Vice Chancellor for Student Services or designee within five business days after the completion of the informal hearing. The written decision, which should be mailed or personally delivered to the student, should contain a statement of reasons for any determination leading to involuntary withdrawal. The student should also be advised as to when a petition for reinstatement could be considered, along with any conditions for reinstatement.
12. The decision of the Senior Vice Chancellor for Student Services or designee shall be final and conclusive and not subject to appeal.

**Deviations From Established Procedures**

Reasonable deviations from these procedures will not invalidate a decision or proceeding unless significant prejudice to a student may result.

**Definitions**
1. Abnormal behaviors are overt actions, omissions to act, or verbal or written statements that would not be consistent with the actions or statements of a reasonable, prudent person under similar circumstances.
2. Emotional problems include, but are not limited to, behaviors resulting from possible physical, drug or alcohol-related, or psychological disorders that may pose a potential harm to the physical well-being of the student or others, and/or cause significant disruptive activity to the normal functions of the university.
3. An emotionally disturbed student is interpreted to include, but not limited to, a student exhibiting any of the behaviors described above.

# Readmission Procedures and Appeals

1. When a student is suspended or withdrawn for health reasons, a medical hold will be placed on the student's readmission to the university. This hold will remain in the student's records until the student's request for readmission is approved in accordance with the following procedures:
   a. A student who has had a medical hold placed on his or her readmission for health reasons must request readmission clearance from the Student Services Judicial Officer at least three (3)weeks prior to the first day of classes of the semester or summer session in which the student wishes to enroll. The student will be required by that office to submit medical evidence supportive of his or her present health and emotional ability to function properly in a university environment. The Student Services Judicial Officer, in consultation with the University physician and/or other appropriate health/counseling personnel, shall evaluate the student's request and supporting evidence. Primary consideration will be given to the satisfying of all conditions specified at the time of suspension or withdrawal for the readmission of the student to the University. If approval is granted by the Student Services Judicial Officer for the removal of the medical hold, the student must then complete requirements by the Office of Enrollment Management and the Office of University Records.
   b. If approval for readmission is not granted by the Student Services Judicial Officer, the student may appeal that decision to the Senior Vice Chancellor for Student Services or the campus Vice Chancellor. The appeal must be made, in writing, within five (5) university working days of the date the student was notified by the Student Services Judicial Officer that his or her request for readmission was denied.
   c. The Senior Vice Chancellor or campus Vice Chancellor will inform the student that he or she is entitled to a hearing. This hearing will be held within five (5) university working days if at all possible. The hearing will be conducted by the Senior Vice Chancellor or campus Vice Chancellor. Following the hearing, the decision will be to either sustain the decision of the Student Services Judicial Officer or overrule the decision and allow the student to apply for readmission to the university. The Senior Vice Chancellor or campus Vice Chancellor shall notify all parties of this decision, in writing, within three (3) university working days following the completion of the hearing. The decision of the Senior Vice Chancellor or campus Vice Chancellor is final.

# Requests for Voluntary Withdrawal Due to Mental Health Circumstances

A student may be eligible for withdrawal due to mental health circumstances when a mental disorder results in a significant change and impairment of an individual's social and academic functioning. A student wishing to explore the appropriateness of a withdrawal due to mental health circumstances should contact the Student Development/Counseling Services office. A review process will be conducted which includes the receiving and examining of appropriate records and documentation. The review may also include consultation with the student's professors and other personnel as appropriate. The final decision to grant a withdrawal due to mental health circumstances will be determined by the Senior Vice Chancellor for Student Services or his designee.

Documentation from a qualified mental health professional (preferred) or physician is required.
Documentation from a clinician on letterhead stationery must include the following:
1. Dates of treatment
2. Diagnosis (es)
3. Prognosis (status of treatment)
4. Reason why this provider supports your request for withdrawal

Withdrawals due to mental health circumstances must be initiated before the current semester's deadline (see academic calendar for current semester's deadline).