(b)    The Complaint served on Defendant did not include an Exhibit 1.

      (c)    Except to the extent answered above, the allegations of Paragraph 11 are denied.

12.    Paragraph 12 of the Complaint is answered as follows:

      (a)    Defendant's Sexual Harassment Policy speaks for itself.

      (b)    Except to the extent answered above, the allegations of Paragraph 12 are denied.

13.    Paragraph 13 of the Complaint is answered as follows:

      (a)    Defendant's Sexual Harassment Policy speaks for itself.

      (b)    Except to the extent answered above, the allegations of Paragraph 13 are denied.

14.    Paragraph 14 of the Complaint is answered as follows:

      (a)    Defendant's student handbook speaks for itself.

      (b)    Except to the extent answered above, the allegations of Paragraph 14 are denied.

15.    Paragraph 15 of the Complaint is answered as follows:

      (a)    Defendant's student handbook and undergraduate catalogue speak for themselves.

      (b)    Except to the extent answered above, the allegations of Paragraph 15 are denied.

16.    Paragraph 16 of the Complaint is answered as follows:

      (a)    Defendant's student handbook speaks for itself.


PLAINTIFF'S EXHIBIT 4

    (b) Except to the extent answered above, the allegations of Paragraph 16 are denied.

  17. Paragraph 17 of the Complaint is answered as follows:

    (a) Defendant's student handbook speaks for itself.

    (b) Except to the extent answered above, the allegations of Paragraph 17 are denied.

  18. Paragraph 18 of the Complaint is answered as follows:

    (a) Defendant's student handbook and undergraduate catalogue speak for themselves.

    (b) Except to the extent answered above, the allegations of Paragraph 18 are denied.

  19. Paragraph 19 of the Complaint is answered as follows:

    (a) Ala. Code § 16-1-23 speaks for itself.

    (b) Except to the extent answered above, the allegations of Paragraph 19 are denied.

  20. Paragraph 20 of the Complaint is answered as follows:

    (a) Defendant's student handbook speaks for itself.

    (b) Except to the extent answered above, the allegations of Paragraph 20 are denied.

  21. Paragraph 21 of the Complaint is answered as follows:

    (a) Defendant's undergraduate catalogue speaks for itself.

    (b) Except to the extent answered above, the allegations of Paragraph 21 are denied.