# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BLAKE DEWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO.: |
| | )  2:05-CV-1045-T |
| TROY UNIVERSITY, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Troy University, Dr. Jack Hawkins, Robert Joslin, and Jerry Johnson respectfully move for summary judgment. All claims against all defendants are due to be dismissed with prejudice, costs taxed to Plaintiff Blake Dews.

Respectfully submitted,

s/ Joseph V. Musso
Bar No: ASB-4825-O40J
James C. Pennington
Peyton Lacy, Jr.
Attorneys for Defendant
Ogletree, Deakins, Nash,
　Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118

    Telephone:  (205) 328-1900
    Facsimile :  (205) 328-6000
    Email:joseph.musso@ogletreedeakins.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

James W. Parkman, III
Parkman & Associates
Email:   parkman@graceba.net

William C. White, III
Parkman & Associates
Email:   parkman@graceba.net

    Respectfully submitted,

    s/ Joseph V. Musso
    Bar No:  ASB-4825-O40J
    James C. Pennington
    Peyton Lacy, Jr.
    Attorneys for Defendant
    Ogletree, Deakins, Nash,
       Smoak & Stewart, P.C.
    One Federal Place, Suite 1000
    1819 Fifth Avenue North
    Birmingham, Alabama  35203-2118
    Telephone:  (205) 328-1900
    Facsimile :  (205) 328-6000
    Email:joseph.musso@ogletreedeakins.com