# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BLAKE DEWS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **2:05-CV-1045-T** |
| **TROY UNIVERSITY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' EVIDENTIARY SUBMISSION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Peyton Lacy, Jr.
James C. Pennington
Joseph V. Musso
Attorneys for Defendants
Troy University, et al

OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000

Respectfully submitted,

s/ Joseph V. Musso
Bar No: ASB-4825-O40J
James C. Pennington
Peyton Lacy, Jr.
Attorneys for Defendant
Ogletree, Deakins, Nash,
   Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
Telephone: (205) 328-1900
Facsimile : (205) 328-6000
Email:joseph.musso@ogletreedeakins.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

James W. Parkman, III
Parkman & Associates
Email:   parkman@graceba.net

William C. White, III
Parkman & Associates
Email:   parkman@graceba.net

Respectfully submitted,

s/ Joseph V. Musso
Bar No: ASB-4825-O40J
James C. Pennington
Peyton Lacy, Jr.
Attorneys for Defendant

Ogletree, Deakins, Nash,
   Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama  35203-2118
Telephone:  (205) 328-1900
Facsimile :  (205) 328-6000
Email:joseph.musso@ogletreedeakins.com