# EXHIBIT B

TSU|Department of Art and Design

# Collaborative Course Syllabus

ART 4435 (3-3) | 2:30PM-3:45PM | TTH | Malone 108
**Instructor:** Jerry R. Johnson/Duane Paxson **Office:** Malone 129 **Phone:** 334.670.3391 334.670.3390 fax
**E-mail:** jjohnson@troy.edu or rpaxson@troy.edu
**Web:** www.troy.edu/artdesign/facultypages/johnson.html  or .../paxson.html

### Course Description:

This course is an integrative art experience. You will be joining with students from each studio arts concentration area (2D, 3D, Photo, and Digital). Both individually and collaboratively, students will engage in the production of sophisticated art solutions for given problems. This course will be thematic and supervised. This is NOT an independent study course. You will be required to attend each class, critique, field trip or seminar that is assigned. You must work in the primary medium/concentration of your major. However, you may (in fact are encouraged) to hybridize your work with alternate media/concentrations. For example: a Digital Studio major may wish to conjoin electronic media with sculpture/installation; a Photo Studio major may wish to hand-render or event paint on photographic prints; etc.). Hopefully, you will push forward into new hybridized genres of art-making.

### Other:

This class will consist of lectures, demos, projects, presentations, and critiques as well as some travel to museums, galleries, studios and or other class-specific sites. The course will primarily be project driven. Research and writing will certainly be a necessary requirement of each project. Some projects will be collaborative and will be created for specific sites or purposes. Other projects will be self-prescribed yet with some thematic or production element of collaboration. All in all, the work form this senior-level course should reflect excellence in your craft and superiority in your

### Course Objectives:

As a result of this course, the student will:

- continue their focus on a specific medium/concentration and become more proficient in that medium/concentration for self-expression and successful communication.
- successfully adapt ideas and subject matter to their medium of choice.
- be challenged to exhaust the nature and boundaries of their materials and techniques.
- be better equipped to research various subjects/topics/issues presented in this course.

### About the instructors:

One of the instructors, Jerry R. Johnson, is an experienced graphic designer, artist, musician and educator. He is the Chairman of the Department of Art and Design at Troy State University. He holds a Master of Fine Arts degree in Graphic Design from Louisiana Tech University. He brings special expertise in painting, illustration, and digital design. The other instructor, Duane Paxson, is a professional studio artist. He has served as adjunct professor at various universities and holds his Master of Fine Arts degree in Sculpture from the University of Alabama. Mr. Paxson brings tremendous experience in sculpture and drawing. The instruction itself of this "collaborative" course will be one of shared ideas and co-teaching and co-learning together.

**PREREQUISITES:** ART3330 2D Studio III OR ART3331 3D Studio III OR ART4428 Photo Studio III OR ART3310 Time/Sound OR permission from Chair of Department of Art and Design OR the transfer of equivalent course from another university or college. The intention is to have students working that have a upper-level preparation in the their primary medium or concentration

**FEES:** $25.00

**REQUIRED TEXTBOOK:** None. There will be supplemental reading materials required at various times throughout the semester via the library, instructor and the Internet.

**GRADING/ATTENDANCE POLICY:** The coursework will include enabling exercises such as preliminary sketches, evidence of gathered research, as well as other competency projects. Several quizzes or writing assignments may be given during the semester. Students will be evaluated according to the amount of documented work and effort put forth; accuracy and neatness of assigned projects; and the level of creative achievement along with other specified criteria. Students will also be required to **attend two supervised field trips** within the semester- both may be outside of ordinary class time and may require that you miss other scheduled courses. You will be given a minimum of 14 days notice!

Class attendance is EXPECTED and is a strong determinant of your success in this course. Absences beyond three (3) will lower the final grade by one-half letter grade per absence. Absenteeism includes late arrivals and unexcused, early departures (3 of these = one absence). Any late assignment/project will result in an automatic grade reduction and any subsequently delinquent projects will receive compounded grade reductions. Grade reductions are completely at the discretion of the instructor. YOUR responsibility to find out if a graded assignment was turned in during your absence and schedule your make-up work. Students with official excused absences will suffer late penalties if they fail to make-up their work in a reasonable time span. This judgement is solely at the discretion of the instructor.


DEFENDANT'S EXHIBIT


DEFENDANT'S
EXHIBIT
4
Dews

Androgyny and Tradition: A Cultural Melting Pot

Blake Dews: Principal Artist
543 Elm St. Apt. #5
Troy, AL 36081
Email: Jekyll531@aol.com

The concept of "birth" has been and continues to be an organic and inspiring means of expression and definition.  So many artists have used this theme as an outlet to convey their deepest questions of existence, politics, and human culture (as has been the case with our native Alabama artist, Nall).  This theme inspired me to raise the question of the rebirth or evolution of humanity.  Writers like Kalle Lasn and Daniel Quinn, who continue to compose critical analysis of our postmodern culture, have impacted my thoughts of birth.  In my short lifetime, I have witnessed the gender roles of men and women shift, change directions, and completely converge into a new standard of androgyny.  Many traditional roles have been done away with, while others still remain valid.  The men of today are more readily identifying with their emotional sides, women have become more sexually aggressive and the feminist movement has spread widely and rapidly.  In addition to these subtle changes in tradition, there is more to analyze.  With the advent of technology, today's culture is completely unlike any that have come before it.  Together, we destroy our natural earth, replacing it with factories and cities. Population increases demand increased food supply and our technology supports us with consumerism and capitalism.  The point to be made is that our culture, our humanity is quickly becoming devoid of its diversity.  New ways of thinking—and evolution itself— have created new standards of what it means to be human, masculine, feminine, etc.  My proposal, therefore, is heavily dependent on the idea of blending gender roles and the new

concepts that have been introduced to our blooming culture (industry, conformity, efficiency, etc.)

<u>Goals</u>

This project is beautiful, horrible, and static all at the same time. The main goal will be to increase awareness of the "new" human condition. I want this series of work to foster a sense of pride, disgust, and both hope and hopelessness. To be brief, I want to create a visual presentation of the changes that humankind has undergone: the obscurity and meshing of gender roles, the frightening introduction of capitalism, and the hopelessness of ever actively affecting our own evolution as a species.

<u>Processes, Visual Representations, and Symbolism</u>

This project, initially, was daunting. I had no idea how I could visually represent postmodern humanity. I finally came to the conclusion that historically there has been no more universal breakdown of the human condition than the separation between man and woman. Based on this statement I decided to create two focal pieces titled "Man" and "Woman." Each work will be a photomontage of 8 individual portraits, making a total of 16 portraits. The individual pictures themselves will be symbolic elements of postmodern humanity. I will outline these now:

<u>Man</u>
-The Father (Male) – Dan
-The Perpetrator (Male)* – *Dayna Elgar*
-The Feminist (Male) – Blake
-The Punk (Female)* – Hillary
-The Seducer (Female)** – Morgan? *Jac*
-The Slut (Male)** – Jonesy ✓
-The Breadwinner (Female)
-The Consumer (Male) *Debutant*

<u>Woman</u>
-The Mother (Female) – Jessi
-The Victim (Female)** – Rheana
-The Sexist (Female) – *Gary?*
-The Queer (Male)* – Mike
-The Lover (Male)** – Dale ✓
-The Prude (Female) – Audrea ✓
-The Housewife (Male)
-The Savage (Female)* – Connie? *Nomad*

\* – Possibly nude

\*\* – Definitely nude!

Though these labels are basic, I think they create a contour of our culture, allowing the viewer to fill in the negative space. I also think that the integration of the male into the "woman" and the female into the "man" shows a clear presentation of the melting and blending of gender roles in our postmodern culture. I spoke earlier of putting these 16 images into a "photo montage." I want to execute this by taking each photo with Black and White Slide Film (Agfa Scala 200X) and printing them on 16X20 transparent paper. I will then take each portrait and stack them one in front of the other with glass in between each transparent image. I will then build a frame around the finished work and backlight each composite image for display with a theatrical lighting instrument such as a fresnel. The purpose of this is to create *one* striking image (the more distorted the better) out of a number of images. To make the message clear, however, I want to print all 16 images out on regular print paper (perhaps Sepia tone them) and display them next to the composite image they belong to. Additions!

Schedule

Week 1 – Buy and collect film, research optimal transparency paper to use, decide where to send film for processing, find access to fresnels or other lighting sources. (Buy Sepia?).

Week 2 – Bring in four models, develop film, process prints immediately.

Week 3 – Bring in next four models, develop film, process prints immediately.

Week 4 – See Week 3.

Week 5 – See Week 4 and construct frame to house photos, begin to plan presentation.

Week 6 – PRESENTATION and additional emergency time for any problems that may have occurred.

Materials

-- ~~Agfa Scala 200X~~ (x8)   Ilford FP4 Plus   ISO, 220 Rolls   ~~120~~
-- Transparency paper
-- Epson Premium Lustre Print Paper
-- Shadowbox frame (x2)
-- 16X20 glass
-- Fresnels or other lighting sources (x2)
-- Ink for Making prints


Characters:
- Objects, like tarot cards. They are intangible
  yet very real. Almost like dolls. I am the puppeteer.

Additions and Changes:

- For cost efficiency, Agfa Scala will not be used (as well as the fact that I can't make acceptable prints on the computer due to the film, itself). I will now use Ilford FP4 Plus Negative Black and White Film (quicker processing, relatively inexpensive, contrasty and quality printing). Medium format, ISO 125, 220 Film.

✳ Since I already own a 4' x 4' sheet of masonite, I've decided to incorporate it into the piece. I will add textual quotes from some of the aforementioned inspirational authors. This will help get my point across further. Diagrams (Conceptual) follow in this book.



DEFENDANT'S EXHIBIT

5

Deews

PENGAD 800-631-6989

dditions and Changes.



Some odd design with 8x10s
pictures are suspended inside clear cubes, they
ARE Sepia toned.





# The Intro to Conception...



Cast of Characters.

# The Father

Stance is important, if
not key. Posture, build,
should even ... detestable.

A gender stereotype...



- loose hands, if
not "withered" and
old.





Dress will tell ...
something ... out
foreign to feel more a
...
might be thinking about
adding something that
changes the ... ... have
two this. Also think
at something less formal,
possibly a native feel
do it.

The eye is
unsure...

Archaic smile...

Unsteady
posture...

# he Perpetrator



I like dramatic lighting for this character. The twisted wife beater on the nude form is a nice concept. A think of adding scratch marks to the chest. He will be the alpha male, Dominant, aggressive, a sexual deviant. A smirk of ferocity and physical prowess must be clearly represented.

The role of man as sexual aggressor is a popular culture phenomenon. Later in the series we will see this role shift with a different character (ie - "the seductress"). It is important to balance THIS role, however, with that of "the victim", hence, I might try a wifebeater (ripped of course) on the female victim. These two are Gender stereotypes, this must be made clear visually.

• Possible posture: Dramatic downlight on figure (or high key), figure is tense, perhaps fists are balled tightly, a smirk (upcoming violation) on his face. Crouched? Ready to pounce? — I don't think any weapon is necessary as a prop. The point is to glimpse the essence, the soul of the perpetrator. This will only be gained by the face and body tension..

Inspiration:

- How many time can everybody tell you that you're the oppressive, prejudiced, enemy before you give up, and become the enemy? A male chauvinist pig isn't born, he's made, and more and more of them are being made by women. — Chuck Palahniuk, <u>Choke</u>. p. 118

- Without access to true chaos, we'll never have true peace. — CP, <u>Choke</u>. p. 159

- He wishes she still turned him on, but she doesn't... — Kalle Lasn, <u>Culture Jam</u>. p. 74

- Size matters, but size has proved relative. He has found that building the perfect body is a little like building the perfect stereo system: when you improve one component, everything else becomes under powered by comparison & must therefore be upgraded. KL, <u>Culture Jam</u> p. 74

Figure or Perpous

The figure's tight... tought...

A F3t...



# THE FEMINIST



Complicated. This man must be underdeveloped, androgynous. Intelligent and absurd, he is definitely the clown of all the male portraits. This portrait, in effect, must be obscure. He is playing the opposite of his gender role but is still overtly masculine. This can happen by simply maneuvering the stance into something more confident and taunting.



THE LOVER

- He is not beautiful or ugly. Simply honest looking. The everyday checkout guy you run into.

- His pose is open and inviting.

- Another thought: He is blind-folded, a sense of trust?

- He must be nude: vulnerable and waiting. Pure.

Balast —  $36.91 × 2

Fluorescent Lamps (Phillips) 10 or (20) — 1.69 × 3 , $2.50 × 17
(48")                    (36")
5.00                     (42.50)

(4) 3½' × 3" cuts ½" ply
(2) 2'3" × 3"   ½" ply
(2) 1'3" × 3"   ½" ply
(2) 3' × 5"   ½" ply
(4) 3½' × 5"   ½" ply
(2) 1' × 5"   ½" ply
(1) 5½' × 4'   ½" ply
(2) 6" × 3½'   ½" ply

Masonite —>
(4) 3½' × 2½"
(-) 2'3" × 2½"
(2) 1'3" × 2½"
(2) 3' × 5½"
(4) 3½' × 5½"
(2) 1' × 5½"

I tub one this putty

(1) 4' × 5' White
(2) 4' × 8' clear

Plexi

1) 4' × 5' White Plexi (maybe)

2) 1' × 1'   clear Plexi

Plexi Glue?

12 × 6 : ||||
(4) 12 × 9
(9) 18 × 9
(20) 12 × 15

12 × 6  (2) ||
12 × 9  (4) |||| ||||
12 × 12 (10) |||| ||||
12 × 15 (20) |||| |||| |||| ||||

2  ||
9  |||| ||||
10 |||| ||||
|||| |||| |||| |||||

| Material | Dim | Qty | Price | | Cuts size | Qty |
|---|---|---|---|---|---|---|
| Clear Plexi | 4' x 8' | 2 | | | 12" x 6" | 2 |
| | | ¼ | 129.99 | | 12" x 9" | 9 |
| | | ⅛ | 60.00 | | 12" x 12" | 26 |
| | | | | | 12" x 15" | 20 |
| ☆ White Plexi | 4' x 8' | 1 | | | 4' x 5' | 1 |
| A/B 1/2" Ply | 4' x 8' | 2 | | | 3' 6"x 3" | 4 |
| | | | A/C 39.81 | | 2'3" x 3" | 2 |
| | | | CDX 28.39 | | 1'3" x 3" | 2 |
| | | | | | 3' x 5" | 2 |
| | | | | | 3'6"x 5" | 4 |
| | | | | | 1' x 5" | 2 |
| | | | | | 5'6"x 4' | 1 |
| | | | | | 3'6" x 6" | 2 |
| Masonite | 4' x 8' | 1 | | | 3'6" x 21/2 | 4 |
| | | | 21.81 | | 2'3" x 21/2 | 2 |
| | | | | | 1'3" x 21/2 | 2 |
| | | | | | 3'1/2"x 51/2" | 2 |
| | | | | | 3'61/2" x 51/2" | 4 |
| | | | | | 1'1/2" x 51/2" | 2 |
| 25 watt Florecent lamps | 36" | 17 | | | | |
| 25 watt Florecent lamps | 48" | 3 | 1.79 | | | |
| 150 watt Ballast | | 2 | 18.99 | | | |
| Zip Cord | 10' | 1 | ¢.79 | | | |
| Inline Switch | 4.41 | 1 | ~~6.69~~ | | | |
| Edison Plug | | | 1.29 | | | |
| 2 pin Florecent terminals | | 20 | 3.49 | | | |
| 14 red wire | 20' | 1 | 8.10 | | | |
| 14 black wire | 20' | 1 | 8.10 | | | |
| 13" x 19" Transparency Film | | 1 | $82.00 | | 13" x 19" | 50 |
| Wood Filler | | 1 | 4.69 | | | |
| PVC Glue | | 1 | 7.49 | | | |
| High Gloss Black Paint | | 1 | | | | |

Total



















TSU/Department of Art and Design
Collaborative Studio ART4435
..................................

## The Unconscious Attic (Delusions of Grandeur) (2004)

**Blake Dews**

4'8" X 10'4" (56" X "124")

For most, the "attic" has been a place for strict sight specificity. It is quite easy to begin to visualize our ideas of what an attic should be: cobwebbed, dusty, and filled with old or useless things. For Blake Dews, the attic was not only these things, but also a metaphor for those possessions held most deeply within the recesses of our unconscious, objects in our mind that we've boxed up, put away, and chosen to ignore.

For Blake Dews, this meant analyzing the collective nature of the unconscious and the mocking effect that it has on individuals. Utilizing Freudian concepts of repressed sexual urges and the Interpretation of Dreams as inspiration, Blake Dews has presented to us his idea that love is one of the objects that we've stored away as a justification for carrying out the primal act of sex. A male and a female are depicted here with their own fingers pointed accusingly at themselves, a reference of torment in the selfish act of sexual impulse. Between them hang small images of a heart and small compositions of nude figures, which represent the aforementioned torment using the delusional grandeur of love as its justification. The figures here are sectioned off and repeated as a means to show the ill-conceived ideal of love consuming sexual desire. The use of cyanotypes and the web-like effect of the hemp serve as a visual reference of antiquity and our pre-conceived notion of what an "attic" should be.

TSU/Department of Art and Design
Collaborative Studio ART4435
..................................

## Confidential (2004)

**Lizette Lennon**

Print, photography, filing cabinets; 4" by 4" by 5"

Shackelford dormitory, on the campus of Troy State University, is a co-ed dorm filled with a wide variety of students from a wide range of backgrounds. What better to find in its' attic than filing cabinets containing these students' backgrounds and confidential files.

The collaboration of media used was photography and printmaking. Photograph transparencies of three students, along with quotes, ideas, and words that describe their lives, were exposed onto a copper plate, developed, inked, and printed through a press. Each print is an original.

The goal of this installation is to peak the viewers' curiosity using the concept of forbidden fruit. These filing cabinets are full of confidential files and pictures of three individual students that live in Shackelford Hall. The drawers contain personal items, files, papers, and prints that give the viewer a little glimpse of what is not normally seen-- A little glimpse of the things that maybe only a five-year friendship would produce-- A chance to step into someone else's life.



# ROBERT BLAKE DEWS

487 Co. Rd. 15  Headland, Alabama 36345
(334) 798-3077
Email: robert_blake_dews@hotmail.com

## EDUCATION

**Troy University**                                             2002 - 2005
Troy, AL
   *Bachelor of Fine Arts*
    1  Concentration in Photo Studio
    2  Graduated *Suma Cum Laude*
- Phi Kappa Phi          2003-Present
- Palladium Staff Scholarship    2004-2006
- Art and Design Scholarship    2003-2004

**Furman University**                                           2001 - 2002
Greenville, SC
- University Scholarship

## UNIVERSITY COURSEWORK

- Photo Studio I-IV
- 2D Studio I
- Ancient and Medieval Art History
- Foundations of Form and Space
- Research and Criticism
- Graphic Design History
- Color and Technology
- Renaissance and Baroque Art History
- Foundations of Time and Space
- Collaborative Studio I-III

## PROFESSIONAL EXPERIENCE

   *Freelance Photographer*        May 2002-Present
    1  Extensive knowledge of studio photography, lighting techniques, and darkroom printing
    2  Broad knowledge of 35mm and large format camera and lens capabilities
    3  Alternative processing: cyanotypes, gum bichromates, emulsion lifts

**Troy University**
Troy, AL
   *Framing and Gallery Consultant*      May 2002- December 2005
    1  Customized framing and matting
    2  Customer Relations
    3  Extensive knowledge of color, texture, and molding styles throughout history

**The Little Framery**
Troy, AL
   *Manager*        May 2002- December 2005
    1  Custom framing, matting, and shrink wrapping
    2  Inventory management for all shop departments
    3  Customer Relations


DEFENDANT'S EXHIBIT
9
Dews
PENGAD 800-631-6989

4    Skillful use of framing equipment and tools as well as a fine attention to detail
5    Ingenuity in archival matting and framing of problematic works and/or objects

**Troy University**
Troy, AL
    *Yearbook Photographer*                               August 2004- December 2005
      *1*    Campus event photography and portraiture

**Troy University**
Troy, AL
    *Yearbook Business Manager*                        August 2004- December 2005
      2    Manager of financial records for yearbook department
      3    Proficiency in Adobe Photoshop, Adobe Illustrator, Adobe InDesign

**Studio 120, Inc.**                             June 2004-August 2004
Dothan, AL                   *Student Intern*

      1    Product, commercial, and portrait photography, including locational shoots
      2    Photoshop detailing and restoration
      3    Black-and-White printing
      4    File management
              *References and Portfolio available upon request*


## ART EXHIBITIONS

    **"Untitled Stills"**                     April 2005
      *Troy University, Malone Gallery*
        Troy, AL
    **"Notions of Life and Death"**         January 2005
      *Troy University, Malone Gallery*
        Troy, AL
    **"Attic"**                            April 2004
      *Fessler Gallery*
        Troy, AL
    **"Birth"**                          November 2003
      *Troy University, HAL Hall of Honor*
          Troy, AL

OMB No. 1545-0008    Department of the Treasury—Internal Revenue Service

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 901.25 | 19.20 |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |

c Employer's name, address, and ZIP code
**Troy State University**
**University Ave.**
**Troy, AL 36082**

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| 12b | 12c | 12d |

b Employer identification number (EIN)    d Employee's social security number
**636001102**    **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**

| 13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other |
|---|---|---|---|

e Employee's name, address, and ZIP code
**Robert Blake Dews**
**487 Co. Rd. 15**
**Headland, AL 36345**

| Form **W-2** | 15 State  Employer's state ID number  AL  038525 | 16 State wages, tips, etc.  901.25 |
|---|---|---|
| Wage and Tax Statement | 17 State income tax  25.37 | 18 Local wages, tips, etc. |
| **2005** | 19 Local income tax | 20 Locality name |

Copy 2 - To Be Filed with Employee's State, City, or Local Income Tax Return.

---

OMB No. 1545-0008    Department of the Treasury—Internal Revenue Service

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 901.25 | 19.20 |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |

c Employer's name, address, and ZIP code
**Troy State University**
**University Ave.**
**Troy, AL 36082**

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
| 12b | 12c | 12d |

b Employer identification number (EIN)    d Employee's social security number
**636001102**    **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**

| 13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other |
|---|---|---|---|

e Employee's name, address, and ZIP code
**Robert Blake Dews**
**487 Co. Rd. 15**
**Headland, AL 36345**

| Form **W-2** | 15 State  Employer's state ID number  AL  038525 | 16 State wages, tips, etc.  901.25 |
|---|---|---|
| Wage and Tax Statement | 17 State income tax  25.37 | 18 Local wages, tips, etc. |
| **2005** | 19 Local income tax | 20 Locality name |

Copy 2 - To Be Filed with Employee's State, City, or Local Income Tax Return.

---

OMB No. 1545-0008    Department of the Treasury—Internal Revenue Service

This information is being furnished to the Internal Revenue Service.

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 901.25 | 19.20 |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |

c Employer's name, address, and ZIP code
**Troy State University**
**University Ave.**
**Troy, AL 36082**

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 12b | 12c | 12d |

b Employer identification number (EIN)    d Employee's social security number
**636001102**    **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**

| 13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other |
|---|---|---|---|

e Employee's name, address, and ZIP code
**Robert Blake Dews**
**487 Co. Rd. 15**
**Headland, AL 36345**

| Form **W-2** | 15 State  Employer's state ID number  AL  038525 | 16 State wages, tips, etc.  901.25 |
|---|---|---|
| Wage and Tax Statement | 17 State income tax  25.37 | 18 Local wages, tips, etc. |
| **2005** | 19 Local income tax | 20 Locality name |

Copy B - To Be Filed with Employee's FEDERAL Tax Return.

---

OMB No. 1545-0008    Department of the Treasury—Internal Revenue Service

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|
| 901.25 | 19.20 |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |

c Employer's name, address, and ZIP code
**Troy State University**
**University Ave.**
**Troy, AL 36082**

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| 12b | 12c | 12d |

b Employer identification number (EIN)    d Employee's social security number
**636001102**    **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**

| 13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other |
|---|---|---|---|

e Employee's name, address, and ZIP code
**Robert Blake Dews**
**487 Co. Rd. 15**
**Headland, AL 36345**

| Form **W-2** | 15 State  Employer's state ID number  AL  038525 | 16 State wages, tips, etc.  901.25 |
|---|---|---|
| Wage and Tax Statement | 17 State income tax  25.37 | 18 Local wages, tips, etc. |
| **2005** | 19 Local income tax | 20 Locality name |

Copy C - For EMPLOYEE'S RECORDS.
(See Notice to Employee on back of Copy B).

DEFENDANT'S EXHIBIT
10
Dews
PENGAD 800-631-6989

FORM MW275

*Blake Dews* *This is a very good start — need more research*
*on national issues and cases.*

*1*

## Case Study: Troy State University and Obscenity Issues

*Troy State is not the only place where something like this has*
*happened and you may find some interesting recommendations/policies*
### Summary of the Case
*from other places or institutions:*

In the Fall of 2003, the Department of Communication and Fine Arts at Troy

State University in Troy, Alabama removed a student's work from an exhibition due to

obscenity laws. The piece consisted of a large sculptural light box with 16 black and

white transparencies depicting portraits of friends of the artist. Three photographs from

this work were called into question. One photograph depicted an African American man

touching his penis, another consisted of a young girl with ripped up clothing and exposed

genitals, and yet another was comprised of two nude girls holding hands. The censorship

of this piece has left both the student and the department with a large amount of

speculation on the difference between pornography and art. It has also created a rift

between the department and the students obtaining their education *at TSU* there. The decision-

making skills of the head of the department, Jerry Johnson, have also come into question.

*by who — in what way? by the students, because he made decisions w/out first speaking to the board of trustees on the matter.*

### History of the Organization

Troy State University was founded in 1887. It has continually grown from a

small town university to a global *rethink wording* sensation, offering approximately 18,000 students a

chance to obtain their college degrees from 12 different states and 5 different countries.

TSU in Troy, Alabama has made a very clear and precise mission statement as well as a

very well outlined set of policies for both faculty and student alike (this might attribute to

the organization's global success). According to Troy State University's *Undergraduate*

*Bulletin*, TSU's ongoing mission is as follows:

X 1)  To provide educational programs that enhance students' ability to read,

write, compute, speak effectively, and think critically.

DEFENDANT'S
EXHIBIT
11
Dews

PENGAD 800-631-6989

2

2) To prepare students to demonstrate competence in their chosen field(s) of study at appropriate degree levels and to encourage excellence in student learning.

3) To develop programs to address the needs of constituencies.

4) To provide undergraduate, graduate, and continuing educational programs for both professional advancement and personal enrichment.

5) To encourage and reward excellence in teaching.

6) To encourage and provide essential resources for creative activities and research.

7) To provide a variety of public services to enhance the well being of the university and its community.

8) To provide leadership and planning for future development.

9) To provide equitable opportunities for all students, staff, and faculty, including women, minorities, and individuals with disabilities.

*all of this you don't need*
*mention the ones that seem most relevant*

In addition to these carefully deliberated mission statements, the organization also has a well calculated *better word* set of guidelines and policies that govern the entire student body and faculty). In relation to this particular incident, the only real policy outlined is in the standards of conduct. The university states that "lewd, indecent, obscene behavior or expression" is a form of misconduct. There is, however, a dilemma, within the policy procedures of this particular university system. While the university as a whole carries quite an extensive set of policies and procedures, the departments that make up this whole have either little or no working guidelines to go by.

*are guidelines*
*are quite extensive*
*and cover most of the problem*
*areas that*
*most students*
*have in*
*college,*
*such as*

3

The Department of Art and Design is no exception to the above stated dilemma.

According to Thomas Wolf, author of <u>Managing a Nonprofit Organization</u>, a set of bylaws must be present within a functioning organization if it is to run smoothly.  These laws (or written policies) are used as guidelines for the different sections within an organization.  It is not enough for an organization to have only one set of rules and apply them to the individual elements that make it up.  Herein lies one of the greatest issues of this particular case.  In the realm of the arts, especially, ideas and concepts tend to materialize that for some people, may be considered quite controversial and/or skewed.  It is important to have some system of guidelines for all students and faculty within a given department to be aware of.

Community standards are also a main issue in cases centered on obscenity and censorship.  The South has always been a place for staunch conservatism.  Troy State University is a system engrained in this type of attitude.  They are acutely aware of the type of constituents they are serving, and have thus, set their policies forward to reflect community values.  This is inherently a good thing for the organization's success.  In this particular case, it is hard to determine whether or not the institution's decision to ban a work of art was right or wrong.  To make this decision, several issues were analyzed, the foremost factor being the Alabama Anti-Obscenity Enforcement Act.

<u>Obscenity Laws of Alabama</u>

Because TSU is a state owned and ran institution, it is subject to all of the state laws of Alabama.  According to Criminal Code 13A-12-200.1. , Obscenity is defined as:

*(handwritten marginalia:)*
operating procedures
unote an issue of policies
rewrite
★
Comparing policies + procedures + bylaws is not good because Al Head is a DICK.
churches in area - problem w/ nudity in obscenity?
GA ban in NORML shut down + anti-siegelman marchers.
a very broad generalization -
are there examples of this.
censorship has and does happen in many places.
institution
run

4

a.  The average person, applying contemporary community standards, would find that the material, taken as a whole, appeals to the prurient interest; and

b.  The material depicts or describes, in a patently offensive way, sexual conduct, actual or simulated, normal or perverted; and

c.  A reasonable person would find that the material, taken as a whole, lacks serious literary, artistic, political or scientific value.

In reference to this particular case, certain portions of the law describing subject matter that may be construed as obscene were put into use.  In particular, the definitions of "sexual conduct" and "sado-masochistic abuse" were used to deem the work of art in question as obscene.  The law defines these terms in the following manner:

Sexual conduct.  Such term means:

a.  Any act of sexual intercourse, masturbation, urination, defecation, lewd exhibition of the genitals, sado-masochistic abuse, bestiality, or the fondling of the sex organs of animals; or

b.  Any other physical contact with a person's unclothed genitals, pubic area, buttocks, or the breast or breasts of a female, whether alone or between members of the same or opposite sex or between a human and an animal, in an act of sexual stimulation, gratification or perversion.

Sado-masochistic abuse.  Such term means:

a.  Flagellation or torture, in an act of sexual stimulation, by or upon a person who is nude or clad in undergarments or in a revealing or bizarre costume; or

5

  b.  The binding or physical restraining of a person who is nude or clad in

    undergarments or in a revealing or bizarre costume in an act of sexual

    stimulation.

The application of the above stated laws depend heavily on the community in which the

laws are being used.  It is important to document the possible ramifications that this

particular case could have not only on Troy State University, but also the city of Troy and

the citizens that inhabit it.

Environmental Factors

  Troy is a small, traditional town located in central Alabama, with an approximate

population of 14,000.  Nearly 30% of this population is made up of people aged 19 or

under.  This percentage, of course, comes from the heavy influx of young people

obtaining their education from TSU.  There must be no mistake made when discussing

the importance of the school in the community.  It is literally the breath of life that keeps

the entire town going; hence, all happenings on campus directly affect the town at large.

  This being said, the administrative efforts of Troy State University tend to closely

follow the conservative outlook of the town at large. Most of the monetary support for

TSU comes from contributions from the citizens of Troy and its surrounding area.  While

it is very healthy for an organization to receive this type of support, it is noteworthy to

mention that the administration of the institution must closely monitor all types of

controversial matters that happen within the school.  The thought of losing support from

contributors is not something that sits well with an already low-income organization such

as TSU.  Troy State's faculty is very aware of this issue and must keep a low profile on

*[handwritten margin notes:]*

*You probable should talk about the issue of State support and liberal consequence of controversy.*

*TSU gets most of its money from State and private and tuition*

*What is and/or should be the role of in TSU board in this?*

incidents that may cause disapproval in the community (such as incidents that involve questionable subject matter being exhibited as art).

The political climate both at the school and within the town is as stated before, a highly conservative one. In the heart of the Bible Belt, political figureheads are expected to be fine and upstanding gentlemen of good character. It goes without saying that the exhibition of possibly obscene artwork within an institution of higher learning reflects directly on those in charge of allowing such exhibitions to take place. The current Chancellor of Troy State University, Jack Hawkins, has an obligation to scrutinize all subject matter that may defame his character as a professional within the eye of the community at large and within the school itself. Though Jack Hawkins is quoted on saying he has no personal contempt for the artwork in question, the piece was still removed. This said, it is quite easy to see that though he does not want to be linked with controversy, he also does not want to be linked to a public defamation of one of his student's character. This brings into a play a great number of faculty beneath him, including deans, heads of departments, right down to the everyday faculty members within a given department. Through interviews, I have learned that no particular faculty member can be linked with the censorship of the work in question.

The Department of Art and Design has steadily worked on a gradual acceptance of study on the nude form. In the past few years, nude drawing classes have become mandatory within the curriculum, offering students a chance to be interested in translation of form through use of the body. It has been a gradual struggle with the school and the community for nudity to be used as a form of expression in art due to its

connotations of obscenity. The general consensus is that artists and professors alike must be careful with the type of work they are willing to display publicly.

<u>The Department of Art and Design in Relation to the Incident</u>

Earlier in this study, it was stated that while the school as a whole has adequate policies, the branches of departments have no working guidelines. If a program is expected to run smoothly and efficiently, students must be aware of the quality of work that they are expected to perform. In the case of an art department in an institution of higher learning, it must be made clear what types of work are suitable for exhibitions. At the same time, there must be a general effort from all professors employed at such an institution to encourage artistic growth from each and every student.

The Department of Art and Design at Troy State University had continued to grow, not only in attendance and majoring students, but also in ideas and concepts of what is artistically sound. In the Fall of 2003 (the same time that this work of art was censored) the department was granted the ability to award BFA degrees instead of only BA and BS degrees. Now, students are required to take 72 hours instead of 54 hours if they wish to receive a fine arts degree from TSU. The additional classes come in the form of a course known as Collaborative Studio as well as a few required Art History courses.

The censored work was a product of a Collaborative Studio project, this class being one in which students are encouraged to mix their medias and forward their ideas by stepping outside of the box. The syllabus for this course is very clear in stating that artists are *expected* to forward their ideas. If the department is ready to institute such a class, they must also be ready for the type of work that will result from it. This type of

8

advancement should not be taken lightly from any department. If programs have

evolved, so should the policies that control these programs. According to Thomas Wolf,

reevaluation of outdated mission statements and policies is key to an expanding

organization.

*You should really incorporate a national perspective and context here*

    As previously stated, advancement in diversity of subject matter should be

expected in a university setting. Students obtaining degrees in art are expected to create a

style of work completely unique to their own interests and perceptions of the world

surrounding them. With the implementation of newer and more challenging programs,

the institution should come to expect controversial subject matter to arise. In an

interview with Jerry Johnson, head of the Department of Art and Design, the question

was asked whether or not he anticipated an increase in controversial work as a result of

the new BFA program. His response was that "he expected so, and certainly hoped so."

He went on to say that he thought "controversial content would go far beyond mere

'genitals and bare skin.'" Though for many artists and freethinkers, it is easy to

recognize this possibility, it is also quite challenging to find ways to visually create these

ideas without being labeled as an obscene person. In a university setting, especially,

students must be encouraged to further their ideas as well as their feelings of self-worth.

With a case such as this, many students have come to feel ostracized and singled out for

the type of work that comes to them naturally through growth and development as an

artist.

    The work in question is a prime example of this type of reaction from students.

The artist of the censored work publicly stated his feelings of outrage due to the

separation of his work from the rest of the exhibition. He was quoted as saying that he

had not been made aware of what the actual law deemed as obscene, and that if he had been, it might have helped him in knowing what types of defenses might be necessary when attempting to redeem his work as an artistically sound piece. After the work was removed, other students voiced their opinions in the student-run newspaper, *The Tropolitan*. One anonymous student stated, "She did not understand how people could condone violent art, but not nude art." Another student, Amanda Wentzel, said, "The concept was ingenious, and it was well thought-out, well put-together, and structurally impressive."

The Incident Revisited

Now that there is a documentation of Alabama's stance on obscenity, as well as description of the environment, it is important to take a look at the actual location of the exhibit and the possible ramifications of controversial works being exhibited in a public arena. For the first time ever, the Department of Art and Design at TSU was granted the opportunity to exhibit student work in the HAL Hall of Honor. This space, since it's construction, has been used as a special meeting facility and a place for the housing of the National Band Association Hall of Fame of Distinguished Band Conductors. At the discrepancy of all faculty members in the art department, works were hand selected from numerous submissions to be displayed in this place for the first time. It was known to all faculty members that the public frequented this space quite heavily. More importantly, it was also known by the faculty that the opening of the exhibition was to be in conjunction with the school's Christmas Music Symphony, in hopes that the audience would leave the performance and view the exhibition in the same night. It goes without saying that a more scrupulous evaluation of acceptable work for this *particular* exhibition and a

thorough examination of obscenity laws could have been made to prevent the problem from ever having arrived.

Throughout this entire case study, it has not been mentioned whether or not the work was in itself truly obscene, nor does it need to be mentioned. Because this incident has created a rift between student and professor within a branch of the university as a whole, the organizational problem does not lie in whether or not the piece had artistic merit. Rather, the incident has made it painfully clear that communication between the faculty and the school's constituents have not been voiced effectively. Further, the definition of obscenity has not been made known to either the faculty or the students. Jerry Johnson has stated, "My thoughts are that in an academic setting, there is increased room, necessarily so, for free discourse. Public display, however, is another issue that faculty, students and administrators need to be made aware of."

<u>Courses of Action</u>     *Your 3 areas of action are reasonable*

There are numerous actions that can be taken within the context of this particular case and this particular organization. First, it must be quickly restated what the exact problems happen to be within this organizational setting. It has been stated before that the individual departments have no working guidelines by which faculty and students must adhere, making regulations hazy for all persons working within the department (in this case, the Department of Art and Design). It has also been stated that prior to the censorship of this particular work of art, issues of obscenity <u>had never before been raised</u>  *check this out.*

and that neither faculty nor the student body had been made aware of the legalities behind the obscenity laws of Alabama. Yet another problem in this particular case happens to

*You could easily and effectively motivate some of these policies here.*

revolve around community standards of what is tasteful in art and whether or not artists
should necessarily hinder their own interests in an effort to please the community.

With these large problems stated, one avenue to take might be *to create and
implement a working set of policies within the individual departments of Troy State
University*. When suggesting this particular course of action, it is important to think of
the issues that can arise as a result. As stated before, it is important for organizational
divisions to have bylaws. A wonderful thing about this course of action is that individual
departments within the university setting receive specific guidelines that are catered to
the particular needs of their constituents, whether these needs be centered around
psychology, theatre, foreign language, history, *or* art. Individual policy procedures are
going to make less room for errors, controversies, and/or confusion and allow the
departments to run smoothly. This avenue does, however, have certain negative
consequences. By implementing this course of action, the university will be forced to put
restrictions on the faculty and students within a given department and risk losing
employees and chunks of the student body who do not agree with particular policies that
are set forth. Here too, much time and effort will have to be put into writing each policy,
and for a working, running organization such as a university, time is a precious
commodity for administrators as well as faculty. The school, in all actuality might be
forced to shut down to rework its entire mission statement and objectives with this
particular course of action. The outcomes, however, if this action is taken, are diverse
and objective. The school will have a better chance of knocking out any controversies
that may arise within its individual departments. Once students and faculty have become
accustomed to the implementation of these bylaws, constituents will be allowed to grow

as working professionals in their field of choice but with knowledge of the particular

rules and regulations that tend to pop up in these fields. This not only increases student

awareness of issues related to their studies, but also fosters a sense of real world

preparation, which has been stated as one of TSU's main goals in their list of mission

statements.

Another course of action that might work in this organizational setting would be

√*to provide a mandatory class for all art majors that deals with obscenity issues and*

*controversy in the art world.* This action would reap numerous benefits for the

Department of Art and Design in the fact that censorship and controversy within the art

world are very real problems that must be surmounted by all working artists whether they

are in school or not. Not only are students benefiting from this action, but faculty, too,

are forced to critically analyze laws relating to obscenity and the history of controversy in

the art world today. This class would most definitely have real world application for all

students, which again is a goal of the university. A con to this specific course of action

would be the time investment in approval of implementing such a class in the curriculum

of the given department. Through interviews, I have learned that adding and removing

classes into a curriculum is quite an involved procedure and can sometimes take years to

be put into effect. Also, the problem of different departments not having policy

procedures is not addressed with this action. One of the greatest things about this

implementation, however, is the diverse outcome of it within the art department.

Students will be challenged to expand their beliefs and values of what tasteful art can be

viewed as. This also could inspire many artists to find ways of utilizing their knowledge

of controversy and obscenity into their own works. With a knowledge of laws and the

history of cases on art obscenity underneath their belts, students and faculty alike, will

have a raised awareness and an appreciation for controversial works, judging for

themselves what they can and cannot exhibit in the public arena.

As a final look at multiple courses of action, it might be beneficial *to set up a*

*review board within the art department itself for all controversial works of art that have*

*the potential to be censored or for works that have already been censored.* With a review

board, students who are working with controversial subject matter have an opportunity to

defend their work and also receive constructive criticism from the faculty. This

construction of a board also can be utilized to discuss other forums on art and the art

department as well, not limiting its use only to censorship and obscenity issues. This

course of action, too, tackles the problem of the lack of communication between the

faculty and the student body. This action, however, has certain drawbacks. Students have

the potential to feel threatened by the presence of a review board, which could negatively

influence the quality of their work. If students begin to feel like there is a "Big Brother"

atmosphere to the art department, attendance has the possibility to drop. Also, another

problem with this action is that the faculty serving on the board has the potential to be

biased, limiting acceptable work to their own subjective interests.

Recommended Action

While the courses of action thus far discussed are multi-faceted and complex, it is

even more complicated to actually go through with one of them. Because Troy State

University has a fair amount of problem areas with the workings of their organization, it

is likely that a combination of actions be taken to insure that not only the particular case

being analyzed does not happen again, but that also, other departments do not encounter

similar problems.  To this effect, this case study shows that Troy State University should

most definitely *create and implement a working set of policies within its individual*

*departments*.  In conjunction with this recommendation, it would also be necessary to

*provide a mandatory class for all art majors that deals with obscenity issues and*

*controversy in the art world*.  As has been stated numerous times, policies within

different branches of an organization are a must.  Carrying out this action will, however,

be quite time consuming.  In reference, to the case of censorship and obscenity in the

Department of Art and Design, it is hitherto stated that an added class *as well as* a set of

policies would be adequate to maintain departmental efficiency.  *and expand depth of student understanding*

Implementation of Recommended Actions

        The issuance of these recommended actions will only have an actual cost of mass

printing the new lists of departmental policies. The hidden expenses are, however, a very

real problem that will have to be overcome.  These hidden expenses truly add up to the

amount of time and energy that will go into reevaluating the entire school's mission

statement as well as critically analyzing and writing up policies for every single

department.  This is tedious work and it demands careful deliberation from both the

administration and faculty.  For this reason, it is recommended that Troy State University

carry out this recommended action within a time span of five years.  The Department of    *who should be involved in this planning?*

Art and Design should be given a year as well, to implement the changes within their

actual curriculum (adding a class on obscenity issues).    *? students ? community artists*

        In their five-year plan, the university should hold monthly meetings with

administrators, deans, and departmental heads, open forums for discussion on policy

making as well as policy proposals given by the departmental heads.  This will give the

*[handwritten: Do you really think it will take that many?]* 15

university a total of 60 meetings in which to critically plan and finalize departmental

rules and regulations. At the end of this time frame, the university would be advised to

undergo their major changes, and make it very clear to both faculty and the student body

of these new changes through issuance of an updated handbook. *[handwritten: Where does primary leadership come from?]*

   The possibility of losing faculty based on a complete reorganization of each

department is a very real one. To atone for this problem, the five-year plan is a very

smart move. If there are losses within departments, replacements can be carefully

considered and hired. This also allows for critical analysis of the faculty within each

department and elimination of the deadwood problem. While working through this five-

year plan, a loss of focus for the entire school is to somewhat be expected. *[handwritten: ? Confusing — re-think]* That is

exactly why all employees must maintain a stringent effort to provide quality education

to their constituents in the interim.  Again, it would be an understatement to say that this

type of institutional change *absolutely* requires full effort from all employees of TSU, as

well as support from its constituents.

Impact Statement

   Once the departmental policies have been instituted, it will be a collaborative

effort for administrators, deans, and faculty to carry them out. The short-term effects of

these actions will be a more narrowed process of evaluating departmental policies,

dissipating confusion on what is acceptable/unacceptable within these given departments.

With the added class in the Department of Art and Design, a greater understanding of

legalities within the art world will be attained, giving students the ability to integrate this

understanding into their everyday work.

*[handwritten: Talk more about the impact on students and learning this section, creating talented students, faculty, arts etc.]*

Long-term effects will be a nearly perfect working university system with very little confusion from department to department. Student/faculty communication will be greatly improved as well. The class on obscenity laws and controversy in art will aid every student majoring in art on vital decisions in the creation of their artwork and what they choose to exhibit.

Once there are departmental policies and regulations, communication between administrators, faculty, and students will be vastly improved. The internal workings of the university system will be far more efficient, allowing focus to return to the implementation of education. The community at large, too, will be more pleased with the university because there will be far less controversy and scandal falling into the public eye. In the art world, greater appreciation for controversial, yet legally acceptable work will slowly find its way into community standards.

*is this in fact a desired goal of the art dept?*

Conclusion

*through more education - you have more understanding/appreciation of challenging work*

In conclusion, it is important to remember that after time and investment is made in implementing such a hefty change in policy procedures, the university should continue to evaluate its mission statement, policies, and its working employees. As attitudes in the surrounding community change, so should the organization that is working to serve it. After all, the only reason that changes are made in working organizations is for constituents to be fully satisfied with the product that they are receiving. It is up to the organization to keep a constant vigil on the ever-changing environment that surrounds them, even if they wish to remain traditional.

*[handwritten top right:]* Blake Dews

*[handwritten top:]* photo, crucifix + urine (use references to say this is not a unique study)

*[handwritten left:]* MB Andre Sereno

*[handwritten left:]* Look up U of A case in Tuscaloosa 2 or 3 yrs ago

## Case Study Outline: Troy State University and ~~Obscenity Issues~~

### I.  INTRODUCTION

**A.**  <u>Summery of Case</u> – In the Fall of '03, the Department of Communication and Fine Arts at Troy State University in Troy, Alabama was forced to remove a student's work from an exhibition due to obscenity laws.  This action left both the student and the department with a large amount of speculation on the difference between pornography and art.  It has also created a rift between the department and the students obtaining their education from said department.

**B.**  <u>Organizational/Programmatic Background</u> – Discuss the course selections and degrees offered by TSU's Art Department.  Briefly outline its policies and mission statement.  *[handwritten:] Some history is needed here.*

**C.**  <u>Main Issues</u> – 1) Discuss the conflict of the department's policy and the actual incident.  2) Discuss the community's standards on art and how TSU's policies uphold or detract from these standards.  3) Discuss and document Alabama's stance on obscenity.  *[handwritten:] Good.*

### II.  THE ENVIRONMENT

*[handwritten left:] University AND town*

**A.**  <u>Community</u> –Give the population of Troy and discuss community ideas on the subject of tasteful nudity and where this line is drawn.  Provide brief quotes from randomly interviewed citizens.  *[handwritten:] Tell about the student body, faculty administration as "community."*

*[handwritten left:] community standards and their influence*

**B.**  <u>Economics</u> – Discuss city's main sources of income, focusing on its heavy dependence on TSU.  *[handwritten:] TSU's fundraising situation and possible ramifications.*

*[handwritten left:] faculty influence*

**C.**  <u>Political</u> – Briefly outline political figureheads of the city and the school, and provide their stances on the issue through interviews.  *[handwritten:] No only stance but the political realities and climate.*

*[handwritten left:] Health + well being of university from negative connotations*

**D.**  <u>Education</u> – Discuss new educational offers from TSU and the possible ineffectiveness of their old policies on this new program.  *[handwritten:] How does this issue relate to education and educational environment*

**E.**  <u>Competitors and/or Partners</u> – Discuss the absence of much competition with other schools in the area.  *[handwritten:] may not apply that much in this case.*

### III.  ORGANIZATIONAL/PROGRAM DYNAMICS

**A.**  <u>Characteristics</u> – 1) Give an in depth review of the department's written policies and their relation (or the lack thereof) with the incident.  2) Discuss the dynamism of the new program (the BFA program) and the addition of Collaborative Studio as a required course.  *[handwritten:] Good*

DEFENDANT'S EXHIBIT
12
Dews
PENGAD 800-631-6989

B. <u>Facts</u> – 1) Discuss the diversity of subject matter among art students under the new program.  2) Discuss the censored work and the particular exhibit (date of exhibit, actual location) in which it was hung.  3) Discuss how the location of the exhibit might not have been a good choice for the particular piece.  4) State that TSU's policies and lack of communication between student and professor probably created the problem.

C. <u>Process and policy</u> – Give a detailed account of the incident by providing community's response, the response of the officials in charge of the exhibit, and the response of the artist.

## IV.     MULTIPLE COURSES OF ACTION

A. <u>Pros and Cons/Risk vs. Benefit/Diverse Outcomes</u> – 1) *Creating policy that makes a statement about obscenity and the exhibition of nude art.  Pro* - Discuss how this will minimize risk and create a working law for students.  *Con* – Discuss how this might hinder art students in expressing themselves freely.  2) *Taking risks for the benefit of artistic endeavors.  Pro* – There are no stipulations on artistic expression and students are allowed to create any type of work they want.  *Con* – The department must be willing to stand up for possibly obscene work and take the heat for its students.

## V.     RECOMMENDED ACTION

A. <u>Decided Action</u> – *Provide a policy that controls obscene work but also embraces nude art.  Give students handouts on what is considered obscene and let them judge for themselves what kind of art they wish to do.*  Discuss the justification of this decided action and its possible outcomes.

B. <u>References for Success</u> – Discuss the success of Alabama artist, Nall and his use of the nude form.  Also discuss the Wiregrass Museum of Art's stance against obscenity (but also their exhibitions of Nall's work).

## VI.     IMPLEMENTATION

A. <u>Cost</u> – Discuss that the issuance of a new policy is virtually inexpensive.

B. <u>Time</u> – Discuss that meetings must be held to review and write up the policy.  Also discuss that the professors must spend time with all students making sure they know the difference between obscenity and art while refusing to hinder their artistic freedoms.

C. <u>Reorganization</u> – Discuss how beneficial it would be for the staff to also review all of their other policies not in accordance to obscenity and how they relate to the new program.

D. <u>Initiatives</u> – Staff must be ready to implement their newly decided policies on their students while still providing students with the same diverse education that they have in past programs.

## VII.   IMPACT STATEMENT

A. <u>Short Term</u> – Short term effects will be the absence of obscenity issues within the department and a deeper appreciation for nude fine arts.

B. <u>Long Term</u> – Long term effects will be the slow acceptance of the validity of nude art within the community and a long standing appreciation of it within the school itself.

*more than just "nude art" "offensive" can be more than nudity*

*greater awareness, education, understanding & appreciation on all sides*

C. <u>Internal</u> – There will be less confusion between professors and students.

D. <u>External</u> – There will be less material deemed offensive in the community at large.

## VIII.   CONCLUSION

1) Discuss the fact that trustees and staff must keep a firm grasp on the validity and the implementation of their policies. 2) Discuss that constituents must be satisfied with all policies. 3) Give personal statements from the artist, staff, and audience in regards to this recommended action.

*good*

**February 5, 2004 - Page 5**

# Alabama law misquoted, misapplied in art case

Your article from Jan. 29 about a student withdrawing his artwork from a student exhibition misquoted Alabama obscenity law. The article stated:

"The Alabama Legislature, Section 13A-12-190 defines obscenity as something 'used to describe matter that contains a visual reproduction of an act of sado-masochistic abuse, sexual excitement, masturbation, genital nudity, or other sexual conduct...a visual reproduction that itself lacks serious literary, artistic, political, or scientific value.'"

This is an abridgement and re-wording of the actual law that significantly distorts the definition of obscenity in Alabama.

The actual text of the law defining obscenity states the following:

"(13) OBSCENE. a. When used to describe any matter that contains a visual reproduction of breast nudity, such term means matter that:

1. Applying contemporary local community standards, on the whole, appeals to the prurient interest; and

2. Is patently offensive; and

3. On the whole, lacks serious literary, artistic, political or scientific value.

b. When used to describe matter that contains a visual reproduction of an act of sado-masochistic abuse, sexual intercourse, sexual excitement, masturbation, genital nudity, or other sexual conduct, such term means matter containing such a visual reproduction that itself lacks serious literary, artistic, political or scientific value."

By reading the actual law, it can be seen that genital nudity and other types of sexual content are not inherently obscene.

It is only when such a visual reproduction "lacks serious literary, artistic, political or scientific value" that it is regarded as obscene and illegal.

Dews' work does have serious artistic value. It deals with sexual identity, body image and how art and media effect the way we view our bodies.

It's unfortunate that the university pressured Dews to remove his work.

It's also unfortunate how the *Tropolitan* mis-reported Alabama obscenity law.

It gives the impression that the university is simply following the law and not censoring artwork, and that Dews' work is obscene.

**Anonymous to protect privacy**

DEFENDANT'S
EXHIBIT
13
Dews
PENGAD-Bayonne, N. J.

# Dream is still not achieved

Has the dream that was delivered on the doorsteps of the Lincoln Memorial in Washington, D.C. on Aug. 28, 1963, by Dr. Martin Luther King Jr. become a realization?

"I have a dream that one day this nation will rise up and live out the true meaning of its creed: We hold these truths to be self-evident, that all men are created equal," King said during his famous "I Have A Dream" speech.

This nation has taken many strides to see that King's dream become a reality, but has it been good enough?

There are no more black codes and no more Jim Crow Laws, but what about media stereotypes, such as those that always depict African-Americans as being in a constant state of poverty and dependent on welfare?

What about how Hollywood glamorizes African-Americans in derogatory roles?

Denzel Washington won an Oscar for his role as a cold killer in "Training Day," but not one for his heart-warming performance in "John Q." Halle Barry won an Oscar after



JAMON SMITH
*Guest Columnist*

death row inmates are African-American?

How can this not be an injustice when we only make up 13 percent of the population, not to mention that it's believed that 30 percent of death row inmates are innocent?

We still live in a nation with a justice system that allows cops to go free after shooting an African-American man in his own home, 41 times, because he reached for his wallet.

A justice system that awards six police officers with a paid vacation for beating an unarmed African-American man with metal batons somewhere between 40 and 50 times.

point average and a 1200 SAT score is spending 10 years in prison for having consensual sex with a white classmate less than three years younger than him?

He was even acquitted of rape but was prosecuted for "aggravated child molestation," a statute that's never been applied to consensual sex between teenagers with less than three years separating them, because she was a virgin and she was technically injured after intercourse.

Has his dream come true in an America that's biased against people who are and may resemble Iraqis, or people who may practice a different religion in a country that has freedom of religion?

What about all the hate groups that exist with their ignorant anti-American sentiments like the Ku Klux Klan, the Neo Nazis and the Skinheads?

Why are there politicians who seek to abolish policies such as affirmative action, a policy that seeks to actively redress discrimination? Are we trying to go backward?

# OLLATAN

The Official Student Newspaper of
Troy State University

**January 29, 2004**

## 'Fat Choy' to you...



Joe McCarty Photo

**Rui Zhong, an undergraduate student from Hunan, China, performs in the Chinese New Year festivities. The event gave the Chinese students an opportunity to share their tradition with other students.**

## Student withdraws art work from show on obscenity issues

**Sam Neely**

*Staff Writer*

A Troy State art student was asked to remove a display featuring photographs showing genitalia, sparking debates on obscenity, and what determines the difference between nude art and pornography.

Blake Dews, a senior photography studio major from Headland, built a sculpture surrounded by transparent photos for the Student Art Show at HAL Hall, which was removed by the department for fear of violating Alabama obscenity laws.

The exhibit included photographs of a man holding his penis, a woman in torn clothes exposing her vagina, and two women holding hands.

The piece was removed on a Sunday, before classes began the following Monday.

Originally a sign warning viewers of nudity was displayed at the entrance, before the decision was made to move the piece.

Jerry Johnson, chairman of the department of art and design, said he was not told to remove the piece, but it was his decision after he consulted an attorney, who had him read the Alabama obscenity code and determine for himself whether the sculpture was in violation.

The Alabama Legislature, Section 13A-12-190 defines obscenity as something "used to describe matter that contains a visual reproduction of



Kristi Griffin Photo

**Blake Dews was asked to remove his photographs of nudes from a TSU exhibit.**

See **NUDE** Page 3

January 23, 2004 • Page 0

# Bite-Size News...

## What every Trojan should know...

### 'Antigone' advances in region

TROY STATE - Troy State's theatre department will remount its fall production of Antigone for two days in preparation for its entry into the Kennedy Center American College Theatre Festival for region four.

Following the original presentation of Antigone in the fall, the production team took the play to competition in hopes of securing a place in the Kennedy Center Theatre Festival.

They were successful in doing so and are bringing the classic Greek tragedy back to the TSU stage for the TSU community to enjoy once again.

Antigone will be shown today, Jan. 29 at 7:30 p.m. and Sunday, Feb. 1 at 2:30 p.m. in the Adams Center Theatre. Today's performance will be free to TSU students with ID or $5 for general admission.

Sunday's performance is a benefit production and will cost $5 for faculty, staff and students, and general admission will be $10.

Tickets can be purchased in advanced at the box office.

### Kerry wins again in primary

NEW HAMPSHIRE - In the second round of the Democratic Party primaries, Sen. John Kerry, D-Mass., remains in the lead for the Democratic bid for the presidential candidacy.

Kerry won with 39 percent of the vote, with Gov. Howard Dean, D-Vt., coming in second (26 percent), and retired general Wesley Clark and Sen. John Edwards, N. C., in third, each with 12 percent.

"I ask Democrats everywhere to join us so we can defeat George W. Bush and the economy of privilege," Kerry told reporters. "[I promise to] reduce the poverty of millions rather than reducing the taxes of millionaires."

The Democratic candidates will continue campaigning for the next big primaries to be held on Feb. 3 in South Carolina, Missouri, Arizona and Washington.



---

## NUDE
### From Page 1

of an act of sado-masochistic abuse, sexual intercourse, sexual excitement, masturbation, genital nudity, or other sexual conduct...a visual reproduction that itself lacks serious literary, artistic, political, or scientific value."

Dews said he does not consider his art to be pornographic, saying that when he photographs a model, he thinks as an artist.

"I am looking for angles, curves, or organic shapes, analyzing shapes, and deciding what to emphasize," he said, adding that nude art focuses on analyzing the image, while pornography is more of a process.

While some students disagreed with the display, content of the display, most were impressed with the concept itself.

"The concept was ingenious, and it was well thought-out, well put-together, and structurally impressive," said Amanda Wentzel, a junior graphic design major from White Plains.

"The composition of the project was good, however, I'm not sure that the Student Art Show was the best place to display it," said Derek Weeks, a senior graphic Design Major from Coffee Springs.

Some students, such as Madera Holmes, defended the piece.

Holmes, a sophomore graphic design major from Jacksonville said that "we shouldn't be ashamed of our bodies in any way, shape, or form.

"Humans are an art form; we are God's creation."

Dews echoed a similar sentiment, saying, "People need to understand the beauty in the human body."

One student who wished to remain anonymous, said she did not understand how people could condone violent art, but not nude art.

"This is not elementary school, it's college," she said.

Concerning the piece, Johnson said it was "remarkable."

"Blake is a very talented artist. This was one of the strongest pieces ever," he said.

*Blake Dews Art*

...is photo, along with others, prompted complaints.

used to be a huge thing for fraternities. You can still find a few rules referring to it, but not by name. So at least the raids have stopped."

She paused. "Of course, we don't want to start those up again," she said.

TSU is founded on many fine traditions. Whether it's a song to a sorority or song in the fountain, student's extra-curricular activities remain a vital part of campus life.

tions, or keep people up all night."

Barbara Patterson, Director of Student Involvement, agrees.

"You really don't want people singing at midnight." She said that the serenading could also mark a special event.

"When a sorority names a sweetheart, or they pin someone, frats would sing. And keep in mind, this was really popular when fraternities and sororities

Troy State University

January 22, 2004

# 'Freedom Week' activity the first on new Quad

**Russell Sellers**
*Staff Writer*

Martin Luther King Jr. day may have come and gone, but the celebration continues on the Troy State campus.

The week running from Jan. 19-23 has been dubbed "Freedom Week."

Many events have been planned in celebration of King, who is arguably the most recognizable civil rights leader in history.

The Student Government Association and the TSU chapter of the NAACP have teamed up to bring the celebration to the student body.

"We want to attract anybody with ideas or dreams. We're not limited by color," said Jamon Smith, president of the TSU NAACP.

"We really want everybody to come out and participate and find out what we're all about," Smith said.

The SGA is in charge of planning the events and have two major events planned.

On Wednesday night, the "Express Yourself" talent show was held at the Trojan Center Ballroom.

"The talent show is a way for people to express themselves and their creativity," said Barbra Patterson, director of student involvement/leadership.

"Usually we've had a speaker but this time we wanted to do something different," Patterson said.

The talent show had events such as poetry reading, singing and musical exhibitions.

"There's no prize money involved, this is just something for the students to have fun with," Patterson said.

The other event planned for "Freedom Week" is a remembrance prayer, and it will be held 7 p.m. on the Bibb Graves Quad.

*See KING Page 4*



*Kristi Griffin Photos*



An advisory sign (above) outside the juried art exhibit in Hal-Long Hall of Honor cautions visitors. Blake Dews, a senior graphic design major, was not allowed to add his photographs, of nude subjects and genitalia, to the exhibit.

The painting at right, by "Jane-ann," can be seen at the exhibit.

---

## sidency

## rprise, s reacts

s favored to win by 31 percent, with Kerry behind him at percent and retired general sley Clark with 20 percent s in third place. Edwards red only six percent in the l.

A possible reason for Dean's k of success in the caucus, suggested by *The New York Times*, was his ridged stance against the war, which had been his central appeal. They reported that, for many voters, the war in Iraq did not shape their opinion on who to vote for.

With the Iowa caucus behind them, the Democratic delegates running for the candidacy have already begun campaigning in New Hampshire communities in preparation for the primary election to be held in that state on Jan. 27.

Alabama will hold its primary election on June 1.

Daniel

Edmiston

# Dews did not violate obscenity laws

A controversial story was published in the Tropolitan last week concerning the removal of Blake Dews' photographs of nude models from a Troy State art exhibit.

Dews' photographs showed male and female genitalia, but they did not show men or women engaging in any sexual acts.

Jerry Johnson, chairman of the department of art and design, decided to remove the piece after reading the Alabama obscenity code.

He should review his decision, or at the very least, Dews' should appeal the decision.

The Alabama Legislature Section 13A-12-190 defines the word obscene as describing "any matter that contains a visual reproduction of breast nudity...applying contemporary local community standards, on the whole, appeals to the prurient interest, and is patently offensive; and on the whole lacks serious literary, artistic, political or scientific value.

"When used to describe matter that contains a visual reproduction of an act of sado-masochistic abuse, sexual intercourse, sexual excitement, masturbation, genital nudity or other sexual conduct, such term means matter containing such a visual reproduction that itself lacks serious literary, artistic, political or scientific value."

The artwork has to meet all three descriptions; appeal to prurient (lustful) interest, be patently (obviously) offensive and lack any serious literary, artistic, political or scientific value.

Pictures of nudes may be lustful to some, but Dews' work was not obviously offensive and did have serious artistic value.

Johnson himself was quoted as saying the piece had value when he said it was "remarkable" and "This



## Vic Powell
### 'Frisinnad Synpunkt'

was one of the (Dews') strongest pieces ever."

The chances of anyone being arrested or TSU or Dews being fined a monetary penalty as a result of the display is slim to none.

After all, even issues of Playboy and other such magazines that depict a much stronger sexual interest than Dews' art can be sold over the counter in Troy, providing the buyer can prove he is of age to view such material.

This in itself means community standards do not bar pictures of simple nudity.

TSU even has nude models for some drawing classes held on campus.

If a drawing of a human nude is not offensive, nor are the students in the class offended by a nude model standing in front of them, photographs of nude models should not be treated any differently.

Dews' artwork should be restored to its proper place in the exhibit immediately, although a sign warning potential viewers and parents with children with them that the artwork contains nudity is certainly a good idea.

If viewers of the exhibit still enter to view the artworks, they have chosen to accept the fact that they may be offended by one or more pieces of the artwork.

Dews should not be punished or asked to remove his work from the exhibit because his photographs contain the human genitalia.

His work is good enough to win awards in some art circles, so it is certainly appropriate and acceptable to put his display in an art exhibit on or off campus.

tropolitan@troyst.edu

# EDITORIAL POLICIES

The *Tropolitan*