# EXHIBIT C

Case 2:05-cv-01045-MHT-SRW   Document 39-4   Filed 05/23/2006   Page 1 of 14

STATE OF ALABAMA )

PIKE COUNTY )

### AFFIDAVIT OF HASKELL WAMER FULMER

Comes now Haskell Wamer Fulmer, who being first duly sworn, deposes and says as follows:

1. My name is Haskell Wamer Fulmer. I am over eighteen (18) years of age, and I have personal knowledge regarding the information contained in this affidavit.

2. I have worked for Troy University since August 1, 2002. I am currently Troy University's Associate Provost and the Dean of Undergraduate Studies.

3. From August 2002 to July 2005, I was the Dean of the College of Communication and Fine Arts. From January 2004 to July 2004, I served the dual role of Dean of the College of Communication and Fine Arts and Interim Associate Provost. From August 2004 to July 2005, I was the Associate Provost. In August 2005, I was named the Dean of Undergraduate Studies and continued as the Associate Provost.

4. While I held the position of Dean of the College of Communication and Fine Arts, I was the immediate supervisor of Jerry Johnson, who held the position of Chairperson of the Department of Art and Design.

5. On December 2, 2003, the Department of Art and Design sponsored an art show hosted by the Department's Fall 2003 Collaborative Studio 4435 class, which was held in the Adams Memorabilia Room in the Hawkins-Adams-Long Hall ("HAL Hall"). The show was limited to works created by Troy University students and almost exclusively consisted of works created by art majors or minors. Many of the art pieces

were created as assignments for the Fall 2003 Collaborative Studio 4435 class, which was taught by Mr. Johnson.

6. The opening of the art show was planned to open on the same day as The Sounds of the Season Holiday Musical Spectacular ("Sounds of the Season"), which was held on the evening of December 2, 2003. (A copy of the "Sounds of the Season" promotional poster for the event is attached as Exhibit A). Each year near the Christmas holidays, Troy University's College of Communication and Fine Arts presents Sounds of the Season, an event that features Troy University's Collegiate Singers, Chamber Choir, Gospel Choir, Symphony Band and other University groups performing in a concert. The general public was invited to attend, including but not limited to residents of the City of Troy, Alabama, and Troy University students and their families. There was a small admission charge for adults, but students and children were admitted free.

7. Several hundred people attended the 2003 Sounds of the Season concert, which was held at the Claudia Crosby Theatre. The Claudia Crosby Theatre is located on Troy University's campus in close proximity to HAL Hall, with only the campus John M. Long Building ("band building") separating the two.

8. At the conclusion of the 2003 Sounds of the Season, it was announced to the audience that the Department of Art and Design was presenting an art show in the Adams Memorabilia Room in HAL. The Sounds of the Season audience was invited to take the short walk over to the Adams Memorabilia Room and view the student art.

9. The student art show the Sounds of the Season audience members were invited to attend included a piece created by Blake Dews. Mr. Dews work included some

2

photographs of men and some photographs of women which displayed full frontal nudity with exposed genitalia.

10. I attended the 2003 Sounds of the Season concert and after its conclusion walked over to the Adams Memorabilia Room in HAL Hall to attend the student art show. I noticed other audience members from Sounds of Season also chose to attend the student art show.

11. There was no admission charge to the student art show.

12. A sign was placed at the entrance of the student art show notifying individuals that the exhibit contained nudity.

13. From December 4-6, 2003, Troy University's Department of Speech and Theatre hosted the annual Walter Trumbauer Theatre Competition ("Trumbauer Competition"). During this event, approximately 1,000 students ranging in grades 9-12 from across the State of Alabama traveled to Troy University to compete for drama awards, attend drama workshops, and attend plays. A significant number of parents attended as well, including the students' teachers. The Competition ended with an awards ceremony which filled the Claudia Crosby Theatre to overflowing, close to 1,200.

14. From December 4-6, 2003, Troy University's School of Music hosted the annual Southeastern United States Middle School Concert Band Clinic and Honor Bands ("SEUS Band Event"). Approximately 350 middle school children from across the Southeast participate in this event, with a significant number of parents and school band directors attending as well.

15. The high school students attending the Trumbauer Competition and the middle school students attending the SEUS Band Event were in close proximity to the

3

Adams Memorabilia Room, where the art exhibit was held, during the three days the two events were held.

16. Many of the events related to the Trumbauer Competition were held in buildings very near HAL Hall. Moreover, the Claudia Crosby Theatre, which was separated from HAL Hall only by the band building, was not only the location for the Trumbauer Competition Awards Ceremony, but its stage was used extensively during the three days for plays and its large seating area was a popular place to watch those plays.

17. Registration for the SEUS Band Event was held in HAL Hall. The campus band building, where many of the SEUS Band Events were held, is immediately is next to HAL Hall. Moreover, HAL Hall, along with housing the Adams Memorabilia Room, also houses the National Band Association Hall of Fame. The National Band Association Hall of Fame would be of particular interest to band students and band directors, and it was located in a room immediately next to the Adams Memorabilia Room.

18. Because the art show contained photographs displaying full frontal nudity and because there were approximately 1,300 school children (approximately 1,000 in grades 9-12 and 350 in middle school) in close proximity to the show from December 4-6, 2003, the Adams Memorabilia Room was locked and access was limited to Troy University students and individuals over the age of 18 unless accompanied by a parent or guardian. A secretary whose office was within sight of the Adams Memorabilia Room had a key to the lock and was available to provide access.

19. In order to continue to guard against unaccompanied minors from entering the art show, the Adams Memorabilia Room remained locked after December 6, 2003, through the end of the show, with the secretary remaining available to provide access to

age-appropriate persons, i.e., Troy University students and individuals over the age of 18 unless accompanied by a parent or guardian.

20.  A number of individuals viewed the art show by simply asking that the room be unlocked. I am aware of at least one entire class at Troy University attending the exhibit.

21.  The Adams Memorabilia Room is not an art gallery. Its reason for existence is to house a display of memorabilia and a library of archives representing the history of Troy University and, particularly, the tenure of Dr. Ralph Adams, a former Troy University President.

22.  The Hawkins-Adams-Long Hall of Honor was made possible by a generous gift from Dr. Adams. A written agreement was signed in 1995 by Dr. Adams and the Troy State University Foundation, noting that the conditions for Dr. Adams gift for the building included rooms devoted to the following purposes: (i) the display of memorabilia and a library of archives representing the history of Troy University and, particularly, the tenure of Dr. Ralph Adams; (ii) the National Band Association Hall of Fame; (iii) offices for Drs. Ralph Adams, John Maloy Long, and their secretaries; and (iv) a concert and reception area. (See "An Agreement Establishing the Hawkins Adams Long Hall of Honor" attached at Exhibit B).

23.  The Department of Art and Design borrowed the Adams Memorabilia Room for the student art show, which opened on December 2, 2003. That was the first time the Department of Art and Design had ever borrowed that space, and the first time that space had ever been used for an art show. Before the art show could open, however,

the Troy University memorabilia on display in the room had to be removed and temporarily stored out of the public view.

24.  At the time the art show was conceived and at the time it opened, no concrete decision had been made as to when the show would close. However, in the days immediately preceding the start of the Spring 2004 semester, Jerry Johnson and I jointly and solely decided that the art show would be closed before the beginning of the Spring 2004 semester for the following reasons:

(a) individuals had already had an opportunity over several days to attend the art show, including individuals who attended the Sounds of the Season event;

(b) one of the reasons the art show existed was to exhibit the class assignments of the Fall 2003 Collaborative Studio 4435 class taught by Jerry Johnson, and that class was over and a Spring 2004 Collaborative Studio class was about to start meeting;

(c) the pedagogical learning experience for Troy University students, which was the primary reason for the existence of the show, had been completed, i.e., (i) students created pieces of art; (ii) they submitted their work to art professors who determined whether a particular piece would appear in the show; (iii) their work, if chosen, was displayed to an audience, (iv) they competed for awards, which were distributed; and (v) in most instances, including Mr. Dews', they worked for grade credits;

(d) the Department of Art and Design was relying on the assistance of a secretary, who did not work for the Department of Art and

Design, to perform not only her regular duties, but to insure that minors did not have unrestricted access to the photographs depicting full frontal nudity; and

(e) there were concerns by me that some of the photographs could be construed to be in breach of Alabama obscenity laws.

25. Most importantly, though, the reason Jerry Johnson and I decided to close the show was that the Adams Memorabilia Room was borrowed space. The room existed not to exhibit student art, but to fulfill part of the agreement tied to Dr. Adams' generous gift, that is, the display of memorabilia and a library of archives representing the history of Troy University and, particularly, the tenure of Dr. Adams. If the Department of Art and Design ever wanted to request the use of the room for future art shows, it would need to be sensitive of the agreement made between the University and Dr. Adams and his estate. To that end, it was important that the Adams Memorabilia Room be timely restored to its stated purpose.

26. Subsequent to the Fall 2003 art show, the Department of Art and Design has held other exhibits in the Adams Memorabilia Room.

27. While the show was running, Mr. Dews piece of art was displayed in the art show the same amount of time as the other students' work in the show was displayed.

28. Troy University does not offer an MFA, MA or any graduate degree in art, design, photography, or art history.

29. If Mr. Dews or any other Troy University student wished to challenge a grade or challenge any University action, a formal review process was in place to hear any grievance.

Executed on this the 23 day of May, 2006.

*Haskell Warner Fulmer* (signature)
Haskell Warner Fulmer

Subscribed and sworn to before me, this 23rd day of May, 2006.

*Debra T. Sanders* (signature)
Signature of Notary

NOTARY PUBLIC

My commission expires: _____, 20____.

DEBRA T. SANDERS, NOTARY PUBLIC
PIKE COUNTY, STATE OF ALABAMA
MY COMMISSION EXPIRES FEB. 2, 2009

8

# EXHIBIT A



Troy State University
College of Communication
and Fine Arts
*presents the*

# Sounds of the Season

*Holiday Musical Spectacular*

Featuring: The Collegiate Singers,
Chamber Choir, Gospel Choir,
Symphony Band & MUCH MORE!

Tuesday, December 2   7:30 p.m.
Claudia Crosby Theatre
Adults $5   Students/children FREE

334-670-3322

# EXHIBIT B

# AN AGREEMENT ESTABLISHING THE
# HAWKINS ADAMS LONG
# HALL OF HONOR

**Purpose**

The building, the Hawkins Adams Long Hall of Honor, will be constructed, financed and furnished by a gift of up to $1 million contributed by Dr. Ralph W. Adams, Chancellor Emeritus of the Troy State System. A fund will be created within the Troy State University Foundation to accomplish this purpose. The building will be constructed adjacent to the John Maloy Long Building on the Troy State University campus. Additional contributions to the building fund by the donor and others are encouraged so long as such contributions are subject to the conditions of this fund, set forth herein.

**Gift Payment Schedule**

Dr. Ralph W. Adams will make an initial gift payment of $150,000 by March 30, 1996, with annual payments of $150,000 by Dr. Ralph W. Adams being made by March 30, of the succeeding five years through the year, 2001. In 2002, the final payment of $100,000 will be made by Dr. Ralph W. Adams. This gift pledge of up to $1 million will be paid by the estate of Dr. Ralph W. Adams in the event of Dr. Ralph W. Adams' death. Construction of the building will begin by November 30, 1996.

**Conditions**

1. The building will feature rooms devoted to the following purposes:

    - the display of memorabilia and a library of archives representing the history of Troy State University and, particularly, the tenure of Dr. Ralph Adams;

    - the National Band Association Hall of Fame;

    - offices for Drs. Ralph W. Adams, John Maloy Long, and their secretaries;

    - a concert and reception area.

2. The Board of Trustees of the University pledges to honor the donor's original intention for the building and, in the case of future renovation or redesign of the building, will apply said renovation or design toward a purpose or purposes which will most nearly accomplish the donor's intention.

**Fund Administration**

Contributions to this fund will be made absolutely to the Troy State University Foundation, which is located at Troy State University, Troy, Alabama, and is an exempt charitable organization as described in Sections 501(c) (3) and 170 (c) (2) of the Internal Revenue Code. Gifts to the fund shall be maintained and administered by the Foundation in accordance with Foundation policies and applicable State law.

## AGREED

## FOR THE DONOR:

_____                    11/28/95
Dr. Ralph W. Adams                            Date

## FOR THE TROY STATE UNIVERSITY FOUNDATION:

_____                    11/28/95
Dr. Jack Hawkins, Jr.,                        Date
President of the TSU Foundation
and Chancellor of the TSU System

_____                    11/28/95
Mr. John White                                Date
Vice President of the TSU Foundation

_____                    11-28-95
Mr. Bill Hopper                               Date
Treasurer of the TSU Foundation

_____                    11-28-95
Dr. John M. Long                              Date
Dean of Fine Arts, Troy State University

This agreement is executed in triplicate, each being worded as the others. An original signed copy is provided to the donors, to Troy State University Foundation and to Troy State University.