# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **BLAKE DEWS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | **2:05-CV-1045-T** |
| **TROY UNIVERSITY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO SUBSTITUTE SUMMARY JUDGMENT BRIEF

Defendants Troy University, Dr. Jack Hawkins, Robert Joslin, and Jerry Johnson respectfully request that they be permitted to substitute the attached summary judgment brief with the one defendants timely filed yesterday, May 23, 2006. This motion is based on the following grounds:

1.    The deadline for dispositive motions was May 23, 2006.

2.    Within that deadline, defendants electronically filed their summary judgment brief.

3.    The next morning, May 24, 2006, the undersigned defense counsel noticed that the version of the brief he filed with the Court was not the final version he intended to electronically file that included all of the deposition page numbers <u>and</u> line numbers required by the Court's Uniform Scheduling Order for a deposition record cite. Defense counsel had inadvertently electronically filed the wrong version of the brief.

4.    Most pages in the summary judgment brief defense counsel did timely file electronically with the Court on May 23, 2006, included deposition page numbers <u>and</u> line numbers in record cites, but not every

page in the brief. Some pages in the brief include record cites that directed the Court to deposition page numbers only.

5.      The summary judgment brief defense counsel now asks permission to substitute is the same brief as the one filed the day before except for the corrected record cites. Defense counsel added no new argument, no new facts, and no new case law.

6.      Plaintiff will not be prejudiced if this motion is granted. Rather, the Court will benefit from record cites that include not only references to all of the deposition page numbers, but to all of the deposition line numbers too.

7.      Defense counsel apologizes to the Court and plaintiff's counsel for his inadvertence.

WHEREFORE, PREMISES CONSIDERED, Defendants Troy University, Dr. Jack Hawkins, Robert Joslin, and Jerry Johnson respectfully request that they be permitted to substitute the attached summary judgment brief with the one defendants timely filed yesterday, May 23, 2006.

Respectfully submitted,

s/ Joseph V. Musso
Bar No:  ASB-4825-O40J
James C. Pennington
Peyton Lacy, Jr.
Attorneys for Defendant
Ogletree, Deakins, Nash,
      Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama  35203-2118
Telephone:  (205) 328-1900
Facsimile :  (205) 328-6000
Email:joseph.musso@ogletreedeakins.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

James W. Parkman, III
Parkman & Associates
Email:  parkman@graceba.net

William C. White, III
Parkman & Associates
Email:  parkman@graceba.net

Respectfully submitted,

s/ Joseph V. Musso
Bar No:  ASB-4825-O40J
James C. Pennington
Peyton Lacy, Jr.
Attorneys for Defendant
Ogletree, Deakins, Nash,
     Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama  35203-2118
Telephone:  (205) 328-1900
Facsimile :  (205) 328-6000
Email:joseph.musso@ogletreedeakins.com