IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BLAKE DEWS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **CV-05-01045-MHT-SRW** |
| ) | |
| **TROY UNIVERSITY, et al** ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO FILE A PORTION OF DEFENDANTS'
SUMMARY JUDGMENT EVIDENCE UNDER SEAL**

Defendants Troy University, Dr. Jack Hawkins, Robert Joslin, and Jerry Johnson (hereinafter "defendants") respectfully move to file under seal a portion of their evidence in support of their Motion for Summary Judgment. This motion is based on the following grounds:

1.   The deadline to file dispositive motions in the above-styled case is May 23, 2006.

2.   Defendants are timely filing a Motion for Summary Judgment, requesting that this Court dismiss all claims against all defendants with prejudice.

SCANNED
C&52306

3. Contemporaneously with filing a Motion for Summary Judgment and a Brief in Support of the Motion for Summary Judgment, defendants are filing an evidentiary submission.

4. In defendants' evidentiary submission, at Exhibits 2, 3, and 7 of Tab B, are copies of photographs at issue in the case.

5. Some of the individual persons appearing in the photographs appear in the nude, including frontal nudity.

6. There is a possibility that some of the individuals appearing in photographs were under 18 years of age at the time their photograph was taken.

7. In his deposition on April 27, 2006, Plaintiff Blake Dews asserted a Fifth Amendment privilege against self-incrimination when asked the age of a nude female who appears in two photographs. He also asserted a Fifth Amendment privilege against self-incrimination when asked the age of a female appearing in another photograph. (See Tab A at pp. 85:1-16, 87:14-23) (actual names are blacked out for this Motion).

8. There are other photographs appearing in Exhibits 2, 3, and 7 of Tab B of defendants' evidentiary submission where individuals appear in the nude. In many of those instances, plaintiff testified that he did not know the age of the person being photographed. (See Tab A at pp. 84:10-18; 85:20-

23; 86:1-4; 88:10-11, 22-23; 89:1-9) (actual names are blacked out for this Motion).

9. Because of the possibility that some of the nude individuals appearing in the photographs are under 18 years of age, defendants request that Exhibits 2, 3, and 7 of Tab B of defendants' evidentiary submission be filed under seal.

10. Defendants have provided to plaintiff's counsel a copy of this motion, and a copy of Exhibits 2, 3, and 7 of Tab B of defendants' evidentiary submission.

WHEREFORE PREMISES CONSIDERED, Defendants Troy University, Dr. Jack Hawkins, Robert Joslin, and Jerry Johnson respectfully request that this motion be granted and that Exhibits 2, 3, and 7 of Tab B of Defendants' Evidentiary Submission be filed under seal. Exhibits 2, 3, and 7 of Tab B are being filed contemporaneously with this motion in a sealed envelope.

Respectfully submitted,

_____
Joseph V. Musso
Bar No: ASB-4825-O40J
Attorney for Defendants

Ogletree, Deakins, Nash,
  Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama  35203-2118
Telephone:  (205) 328-1900
Facsimile :  (205) 328-6000
Email: joseph.musso@ogletreedeakins.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2006, I U.S. Mailed and faxed for filing the foregoing with the Clerk of the Court and will send notification of such filing to the following:

James W. Parkman, III
Parkman & Associates
Email:  parkman@graceba.net

William C. White, III
Parkman & Associates
Email:  parkman@graceba.net

_____
OF COUNSEL