Ex. 1

In The Matter Of:

**BLAKE DEWS**
v.
**TROY UNIVERSITY, ET AL.**

**CV-05-01045-MHT-SRW**

---

**BLAKE DEWS**
April 27, 2006

---



**TYLER EATON**
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

THE HIGHEST QUALITY IN COURT REPORTING

205.252.9152 • Toll-Free 800.458.6031 • Fax 205.252.0196
One Federal Place, Suite 1020 • 1819 Fifth Avenue North • Birmingham, Alabama 35203
www.TylerEaton.com

BLAKE DEWS
TROY UNIVERSITY, ET AL.

BLAKE DEWS
April 27, 2006

---

Page 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CIVIL ACTION NO: CV-05-01045-MHT-SRW

BLAKE DEWS,
　　　Plaintiff,
vs.
TROY UNIVERSITY, an Alabama
Public State University, et al.,
　　　Defendants.


DEPOSITION
OF
BLAKE DEWS
April 27, 2006

REPORTED BY: Gail B. Pritchett
Certified Realtime Reporter,
Registered Professional
Reporter and Notary Public

---

Page 2

```
 1          S T I P U L A T I O N
 2       IT IS STIPULATED AND AGREED,
 3   by and between the parties, through their
 4   respective counsel, that the deposition of
 5   BLAKE DEWS may be taken before Gail B.
 6   Pritchett, Commissioner, Certified
 7   Realtime Reporter, Registered Professional
 8   Reporter and Notary Public;
 9       That the signature to and
10   reading of the deposition by the witness
11   is waived, the deposition to have the same
12   force and effect as if full compliance had
13   been had with all laws and rules of Court
14   relating to the taking of depositions;
15       That it shall not be necessary
16   for any objections to be made by counsel
17   to any questions, except as to form or
18   leading questions, and that counsel for
19   the parties may make objections and assign
20   grounds at the time of trial, or at the
21   time said deposition is offered in
22   evidence, or prior thereto.
23
```

---

Page 3

```
 1          A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF:
 4       Mr. R. Martin Adams
 5       Attorney at Law
 6       Parkman, Adams & White
 7       825 Financial Center
 8       505 North 20th Street
 9       Birmingham, Alabama 35203
10
11   FOR THE DEFENDANT:
12       Mr. Joseph V. Musso
13       Attorney at Law
14       Ogletree, Deakins, Nash,
15         Smoak & Stewart, P.C.
16       One Federal Place, Suite 1000
17       1819 5th Avenue North
18       Birmingham, Alabama 35203
19
20   OTHERS PRESENT:
21       Mr. Jerry Johnson
22       Mr. Hal Fulmer
23       Mr. Josh McKeown
```

---

Page 4

```
 1              I N D E X
 2                        PAGE:
 3   EXAMINATION BY MR. MUSSO        6
 4
 5          E X H I B I T S
 6   Defendant's Exhibit 1      51
 7   Defendant's Exhibit 2      54
 8   Defendant's Exhibit 3      57
 9   Defendant's Exhibit 4      114
10   Defendant's Exhibit 5      116
11   Defendant's Exhibit 6      201
12   Defendant's Exhibit 7      280
13   Defendant's Exhibit 8      297
14   Defendant's Exhibit 9      305
15   Defendant's Exhibit 10     306
16   Defendant's Exhibit 11     307
17   Defendant's Exhibit 12     317
18   Defendant's Exhibit 13     319
19
20
21
22
23
```

Tyler Eaton Morgan Nichols & Pritchett Inc.

BLAKE DEWS
TROY UNIVERSITY, ET AL.



Page 81

1    Q.    Friend.  Was he ever a student
2  at Troy?
3    A.    Possibly.
4    Q.    Does he just live in the Troy
5  community?
6    A.    Yes.
7    Q.    Does he work in the Troy
8  community?
9    A.    No, I don't believe.
10    Q.    Do you know whether he was
11  employed at the time you took the
12  photograph?
13    A.    No.
14    Q.    And do you know ████████
15  ████?
16    A.    That's ██████
17    Q.    Do you know the name of ██
18  ███?
19    A.    ████████
20    Q.    That's a █████████, correct?
21    A.    Yes.
22    Q.    And how old was ████████ when
23  you took this photograph, do you know?

Page 82

1    A.    I have to plead the Fifth on
2  any age.
3    Q.    On any age?  Okay.  When you
4  say you plead the Fifth, you are pleading
5  the Fifth Amendment, correct?
6    MR. ADAMS:  Yes.
7    MR. MUSSO:  What I will do is
8  I will still ask the question, and when I
9  ask the question, he pleads the Fifth, but
10  to make the record clear --
11    MR. ADAMS:  Can we stop for a
12  minute?  Let me talk to him.
13    MR. MUSSO:  Sure.
14    (Whereupon, a break was had
15  from 10:53 a.m. until 11:10
16  a.m.)
17    Q.    Let me just ask a quick
18  question here.  In Defendant's Exhibit 3,
19  it was my intention to ask you the ages of
20  all of these models.  Is it my
21  understanding that you are going to plead
22  the Fifth to that question?
23    A.    Not to each one.

Page 83

1    Q.    Okay.  Can we just go through
2  here and tell me, ████████, you are going
3  to plead the Fifth to Mr. Gibbs?
4    A.    I will say I don't know -- I
5  don't know his age.
6    Q.    At the time you took his
7  photograph, did you know his age?
8    A.    No, sir.
9    Q.    The next person, do you know
10  the name of that model?
11    A.    It's ████████
12    Q.    Is that ████████████?
13    A.    It is.
14    Q.    And that's ██████████?
15    A.    Yes, it is.
16    Q.    Are you going to plead the
17  Fifth to her age?
18    A.    I'm saying I don't know her
19  age and I didn't know it at the time.
20    Q.    Okay.  What about the next
21  page, and this is the picture of the
22  woman --
23    A.    Yes.

Page 84

1    Q.    -- holding -- I don't know the
2  name of that dress, what is her name?
3    A.    ████████ -- I don't know her
4  last name.
5    Q.    Are you going to plead the
6  Fifth on her?
7    A.    I don't know her age.
8    Q.    Did you know at the time?
9    A.    No, sir.
10    Q.    The next individual, what is
11  his name?
12    A.    ██████████
13    Q.    ██████████
14    A.    ██████████
15    Q.    And are you going to plead the
16  Fifth on his age?
17    A.    Don't know his age and didn't
18  know it at the time.
19    Q.    Okay.  What about these other
20  -- ████████, two females?
21    A.    Yes.
22    Q.    And what is the name of ███
23  ████████████?

BLAKE DEWS
TROY UNIVERSITY, ET AL.

BLAKE DEWS
April 27, 2006



Page 85

```
 1      A.   Her name is ▓▓▓, don't know
 2  her last name.
 3      Q.   And what about the female ▓▓▓
 4  ▓▓▓?
 5      A.   ▓▓▓▓▓▓▓.
 6      Q.   ▓▓▓▓▓▓▓▓?
 7      A.   ▓▓▓▓▓▓.
 8      Q.   That's a ▓▓▓▓▓.  And her
 9  last name is ▓▓▓?
10      A.   ▓▓▓▓.
11      Q.   Are you going to plead the
12  Fifth on any of these ladies?
13      A.   I will plead the Fifth on
14  them.
15      Q.   On both of them?
16      A.   Yes.
17      Q.   And the next individual, what
18  is her name?
19      A.   Same -- ▓▓▓▓▓▓.
20      Q.   Okay.  And the next
21  individual, what is his name?
22      A.   ▓▓▓▓▓.
23      Q.   Okay.  And do you know his
```

Page 86

```
 1  age?
 2      A.   Didn't know his age, don't
 3  know -- don't know it, didn't know it at
 4  the time.
 5      Q.   And what about the next
 6  individual, is that a male or a female?
 7      A.   That's a female.
 8      Q.   And what is her name?
 9      A.   I'm forgetting her name.  I
10  don't know.
11      Q.   Are you going to plead the
12  Fifth with her?
13      A.   Don't know her age, didn't
14  know it at the time.
15      Q.   And the next individual?
16      A.   ▓▓▓▓▓▓▓▓▓▓▓.
17      Q.   Okay.
18      A.   And she is twenty-four.
19      Q.   Was that the age at the time
20  of the photo?
21      A.   She is twenty-four now.
22      Q.   What was her age at the time
23  of the photo?
```

Page 87

```
 1      A.   ▓▓▓▓▓▓▓.
 2      Q.   Okay.  And the next
 3  individual, is that a male or female?
 4      A.   Male.
 5      Q.   And who is that?
 6      A.   That is ▓▓▓▓.  I don't know
 7  his last name.
 8      Q.   What about him, are you going
 9  to plead the Fifth on him?
10      A.   Don't know it, didn't know it.
11      Q.   That is the age you don't know
12  and didn't know at the time?
13      A.   Exactly.
14      Q.   The next individual?
15      A.   That's ▓▓▓▓▓.
16      Q.   ▓▓▓▓ -- is she the same girl
17  ▓▓▓▓▓▓▓ --
18      A.   Yes.
19      Q.   -- ▓▓▓▓▓▓▓▓▓
20  ▓▓▓▓▓▓▓▓▓▓?
21      A.   Yes, sir.
22      Q.   Okay.  What about her age?
23      A.   Plead the Fifth.
```

Page 88

```
 1      Q.   Okay.  And the next
 2  individual, what is her name?
 3      A.   ▓▓▓▓.
 4      Q.   Okay.
 5      A.   Don't know her last name.
 6      Q.   Okay.  And what about her age?
 7      A.   I don't know it.
 8      Q.   Did you know it at the time?
 9      A.   No, sir.
10      Q.   This next individual?
11      A.   Don't know his name.
12      Q.   Okay.  How did he become one
13  of your subjects for the photograph?
14      A.   Mutual friends.
15      Q.   Mutual friends.  What was the
16  mutual friend's name?
17      A.   ▓▓▓▓▓.
18      Q.   Oh, ▓▓▓▓ was the mutual
19  friend's name, and that's one of the girls
20  in the other photograph?
21      A.   Exactly.
22      Q.   What about his age?
23      A.   Don't know.
```

22 (Pages 85 to 88)

Tyler Eaton Morgan Nichols & Pritchett Inc.

BLAKE DEWS
TROY UNIVERSITY, ET AL.

BLAKE DEWS
April 27, 2006

Page 89

1 　　Q.　Did you know at the time?
2 　　A.　No, sir.
3 　　Q.　What about the next
4 photograph?
5 　　A.　That's ██████.
6 　　Q.　Okay.
7 　　A.　Don't know her last name.
8 　　Q.　What about her age?
9 　　A.　Don't know it, didn't know it.
10 　　Q.　And the next individual?
11 　　A.　██████████
12 　　Q.　Okay. And what about his age?
13 　　A.　Don't know it, didn't know it.
14 　　Q.　Okay. Did you get model
15 release forms for -- did you get any of
16 these individuals to sign a model release
17 form?
18 　　A.　I was not aware of it, that
19 those were necessary. So, no, I did not.
20 　　Q.　At any time when you took
21 photographs when you were a student at
22 Troy University, did you ever get model
23 release forms?

Page 90

1 　　A.　Not for this project.
2 　　Q.　But for any other projects,
3 for any other class?
4 　　A.　Once I was made aware that
5 those were necessary for display purposes.
6 　　Q.　And who made you aware of
7 that?
8 　　A.　I believe it was Bob Joslin
9 sometime after this.
10 　　Q.　Were you enrolled in one of
11 Mr. Joslin's courses when he made you
12 aware of that?
13 　　A.　No, sir.
14 　　Q.　But it was sometime after you
15 took these photographs?
16 　　A.　Yes, sir.
17 　　Q.　Was it in the fall semester of
18 2003?
19 　　A.　No, sir.
20 　　Q.　So it was after the fall
21 semester 2003?
22 　　A.　Afterward.
23 　　Q.　Do you recall when after?

Page 91

1 　　A.　No, sir.
2 　　Q.　What did Mr. Joslin tell you?
3 　　A.　To my understanding, it was
4 that I needed those for display purposes.
5 　　Q.　Was there a situation that
6 arose where that topic came up?
7 　　A.　Not that I can recall. Not
8 any specific situation.
9 　　Q.　Do you recall whether it's
10 something you asked him or that he brought
11 up, do you recall who brought it up first?
12 　　A.　He brought it up.
13 　　Q.　In Defendant's Exhibit Number
14 3, other than yourself, were any of these
15 Troy State -- or Troy University students?
16 　　A.　We will go through.
17 　　Q.　I take it the ██████ wasn't.
18 ██████ wasn't. What about his ██████
19 ██████?
20 　　A.　She was at one point.
21 　　Q.　Okay.
22 　　A.　I don't know when.
23 　　Q.　What about ██████?

Page 92

1 　　A.　She graduated from the
2 department of art.
3 　　Q.　Was she a student at the time
4 you took the photograph?
5 　　A.　No, sir.
6 　　Q.　Do you know what she was doing
7 in the community at the time you took the
8 photograph?
9 　　A.　I believe she was in
10 Montgomery working with the Alabama
11 Shakespeare Festival, but I can't be sure.
12 　　Q.　How is it you came to ask her
13 to be a subject in this photograph?
14 　　A.　I knew her at the time and
15 told her about the project and told her
16 about the ideas I was trying to put forth
17 and she agreed.
18 　　Q.　Did she ever have any
19 reluctance in any of the poses that you
20 photographed of her?
21 　　A.　No.
22 　　Q.　How about ██████s and ██.
23 ██████, how did it come about that you made

23 (Pages 89 to 92)