IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BLAKE DEWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv1045-MHT |
| ) | |
| TROY UNIVERSITY, ) | |
| etc., et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that plaintiff's motion for partial summary judgment (Doc. No. 35) is set for submission, without oral argument, on June 12, 2006, with defendants' brief and evidentiary materials due by said date.

DONE, this the 24th day of May, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE