IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BLAKE DEWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:05cv1045-MHT |
| | ) |
| TROY UNIVERSITY, | ) |
| etc., et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

It is ORDERED that defendants' motion for summary judgment (Doc. No. 38) is set for submission, without oral argument, on June 12, 2006, with plaintiff's brief and evidentiary materials due by said date.

DONE, this the 24th day of May, 2006.

                         /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE