IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BLAKE DEWS,                    )
                               )
    Plaintiff,                 )
                               )     CIVIL ACTION NO.
    v.                         )     2:05cv1045-MHT
                               )
TROY UNIVERSITY,               )
etc., et al.,                  )
                               )
    Defendants.                )
```

ORDER

It is ORDERED that the motion to substitute (Doc. No. 40) is granted.

DONE, this the 25th day of May, 2006.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE