IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BLAKE DEWS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:05cv1045-MHT |
| | ) | |
| TROY UNIVERSITY, | ) | |
| etc., et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion to file a portion of evidence under seal (Doc. No. 41) is granted.

DONE, this the 25th day of May, 2006.

                   /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE