IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BLAKE DEWS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. |
| | ) |
| TROY UNIVERSITY, et. al., | )   2:05-cv-1045-T |
| | ) |
|    Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Gabriel S. Sterling and the law firm of Troutman Sanders LLP as attorneys-of-record for Plaintiff Blake Dews in the above-styled action.

NOTICE is hereby given as follows:

(a)    that counsel wishes to withdraw as attorney of record in this matter;

(b)    that the Court retains jurisdiction of the action;

(c)    that Plaintiff Blake Dews still retains James W. Parkman and William C. White as counsel at the law firm of Parkman, Adams & White located at 739 West Main Street, Dothan, Alabama 36301;

(d)    that the date of any scheduled proceeding, including trial, and that holding of such proceedings will not be affected by withdrawal of counsel; and

(g)    that service of future notices may be made at the address provided in paragraph (c) above.

WHEREFORE, Gabriel S. Sterling and the law firm of Troutman Sanders LLP pray that an Order be entered granting this Request to Withdraw as Counsel for Plaintiff Blake Dews.

This 26th day of May, 2006.

        Respectfully submitted,

        TROUTMAN SANDERS LLP

        /s/ Gabriel S. Sterling III
        Gabriel S. Sterling III
        Counsel for Plaintiff Blake Dews
        District of Columbia Bar No.: 464133
        Troutman Sanders LLP
        401 9th Street, N.W.
        Suite 1000
        Washington, D.C. 20004-2134
        Phone: (202) 274-2911

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

Joseph V. Musso
Peyton Lacy, Jr.
James C. Pennington
Attorneys for Defendant
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Email: joseph.musso@ogletreedeakins.com

James W. Parkman, III
William C. White II
Attorneys for Plaintiff
Parkman, Adams & White
Email: parkman@graceba.net

                      Respectfully submitted,

                      TROUTMAN SANDERS LLP

                      /s/ Gabriel S. Sterling III
                      Gabriel S. Sterling III
                      Counsel for Plaintiff Blake Dews
                      District of Columbia Bar No.: 464133
                      401 9th Street, N.W.
                      Suite 1000
                      Washington, D.C. 20004-2134
                      Phone: (202) 274-2911