IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BLAKE DEWS,                    )
                               )
    Plaintiff,                 )
                               )     CIVIL ACTION NO.
    v.                         )     2:05cv1045-MHT
                               )
TROY UNIVERSITY,               )
etc., et al.,                  )
                               )
    Defendants.                )
```

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 47) is granted.

DONE, this the 26th day of May, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE