IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BLAKE DEWS, | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| | ) | 2:05CV1045-T |
| v. | ) | |
| | ) | |
| TROY UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants | ) | |

## MOTION TO DISMISS

COMES NOW the plaintiff, Blake Dews, in the above referenced matter, and moves this Honorable Court to dismiss, with prejudice, all claims against all defendants.

Dated this the 12th day of June, 2006.

PARKMAN, ADAMS & WHITE

s/William C. White, II
Bar No: 6545-H70W
Attorney for Plaintiff
739 West Main Street
Dothan, AL 36301
(334) 792-1900
(334) 712-1352 Facsimile
Email: parkman@graceba.net

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dated this the 12th day of June, 2006.

Joseph V. Musso
Attorney for Defendants
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
(205) 328-1900
(205) 328-6000 Facsimile
Email: joseph.musso@odnss.com

                                            s/William C. White, II
                                            OF COUNSEL