IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BLAKE DEWS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv1045-MHT |
| ) | (WO) |
| TROY UNIVERSITY, ) | |
| etc., et al., ) | |
| ) | |
|    Defendants. ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (Doc. No. 49) is granted and that this cause is dismissed in its entirety with prejudice.

It is further ORDERED that all other outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 13th day of June, 2006.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE