AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

BLAKE DEWS

V.

TROY UNIVERSITY

**BILL OF COSTS**

Case Number: **2:05-CV-1045-MHT(WO)**

Judgment having been entered in the above entitled action on __6-13-06__ against __PLAINTIFF__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................... | $ |
| Fees for service of summons and subpoena ................................ | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,265.35 |
| Fees and disbursements for printing ..................................... | |
| Fees for witnesses (itemize on reverse side) ............................. | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | 428.40 |
| Docket fees under 28 U.S.C. 1923 ..................................... | |
| Costs as shown on Mandate of Court of Appeals ........................ | |
| Compensation of court-appointed experts ............................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) .......................................... | |
| **TOTAL** | **$ 1,693.75** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: William C. White, II, 739 West Main Street, Dothan, AL 36301

Signature of Attorney: _____

Name of Attorney: James C. Pennington, Ogletree, Deakins, Nash, Smoak & Stewart

For: Troy University                                       Date: 7-13-06
_Name of Claiming Party_

Costs are taxed in the amount of _____ and included in the judgment.

DEBRA P. HACKETT                     By: _____           _____
_Clerk of Court_                         _Deputy Clerk_                      _Date_

**Attachment A**

**FEES OF THE COURT REPORTER FOR ALL OR ANY PART OF THE TRANSCRIPT NECESSARILY OBTAINED FOR USE IN THE CASE**

Exh

1.  Deposition of Blake Dews taken April 27, 2006                $1,265.35

---

[1] Costs for ASCII disks and travel transcripts have been excluded from the court reporter fees listed here.



EXHIBIT A



# INVOICE

(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196
One Federal Place, Suite 1020 • 1819 Fifth Avenue North
Birmingham, Alabama 35203

*OK JCP*

```
JOSEPH V. MUSSO                              May  1, 2006
OGLETREE, DEAKINS, NASH,
       SMOAK & STEWART, P.C.                 Invoice# 06-596
One Federal Place, Suite 1000
1819 5th Avenue North                        Balance:  $1,305.35
Birmingham, AL   35203
```

**Re:** BLAKE DEWS V TROY UNIVERSITY
on 04/27/06 by GAIL B. PRITCHETT


Charge Description                                                    Amount
DEPONENT: BLAKE DEWS


```
1         PER DIEM                  @ 100.00/DAY            100.00
375       ORIGINAL & 1 PAGES        @   3.05/PAGE         1,143.75
1         ASCII DISK                @  20.00/EACH            20.00
1         TRAVEL TRANSCRIPT         @  20.00/EACH            20.00
72        EXHIBITS                  @    .30/PAGE            21.60
```

EIN 20-2042132


*Please Detach and Return Stub With Payment*

P l e a s e     R e m i t     - - - >    Total Due:  $1,305.35

Remit to:

**TYLER EATON**
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.
              ************PAYMENT DUE UPON RECEIPT************
One Federal Place, Suite 1020
1819 Fifth Avenue North
Birmingham, Alabama 35203
                                             Invoice# 06-596



                                             Balance$    1,305.35

EIN 20-2042132

**Attachment B**

**FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS
NECESSARILY OBTAINED FOR USE IN THE CASE**

Exh

Documents reproduced in support of Defendant's Motion for Summary Judgment

2.  Supporting Brief; Motion to File a Portion of Defendants'
    Summary Judgment Evidence Under Seal; Motion for Summary
    Judgment with Evidentiary Submissions: 714 pages x 4 copies = 2,856 pages

2,856 pages at $.15 per page                                          $428.40

