IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLAKE DEWS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:05-CV-1045-T |
| TROY UNIVERSITY, et al., ) | |
| ) | |
|     Defendants. ) | |

## MOTION TO AWARD DEFENDANT A BILL OF COSTS

COMES NOW Defendant Troy University and respectfully requests that this Court tax costs against the Plaintiff and award the bill of costs Defendant timely filed on July 13, 2006 for the amount of $1,693.75 (See Tab 1.) This motion is based on the following grounds:

1. On October 31, 2005, Plaintiff Blake Dews filed a lawsuit against Troy University and individual defendants Dr. Jack Hawkins, Jerry Johnson, and Robert Joslin.

2. Plaintiff alleged that Troy University and individual defendants Hawkins, Johnson, and Joslin violated his First and Fourteenth Amendment rights, violated his State Constitutional rights, and breached a contract.

2. In order to defend itself in the case, defendant had to take plaintiff's deposition.

3. Subsequent to Plaintiff's deposition, on April 27, 2006, Defendant timely filed a Motion for Summary Judgment on May 23, 2006 with accompanying brief and evidence. It was a lengthy brief given the number of claims and defendants in the case, as well as the number of immunity and case-in-chief issues that had to be raised.

4. Contemporaneously with filing its Motion for Summary Judgment, Defendants moved on May 23, 2006 to file under seal photographs of potentially underage models which plaintiff took and claimed he had a right to display, on Troy's Campus.

5. On May 23, 2006, Plaintiff filed a Motion for Partial Summary Judgment against Troy University.

6. On Friday, June 9, 2006, Plaintiff informed Defendants that it would be dismissing the case with prejudice before the June 12, 2006 deadline for all parties to respond to the respective dispositive motions.

7. Plaintiff then filed a voluntary dismissal on June 12, 2006, which the Court granted on June 13, 2006.

8. Of course, by Friday, June 9, 2006, Troy University had already begun preparing a brief in opposition to Plaintiff's Motion for Partial Summary Judgment.

9. Plaintiff brought this lawsuit claiming his constitutional rights were violated, sought publicity in the press disparaging the University, forced Troy University to spend tens of thousands of dollars to defend the case, and then simply walked away.

10. The least Plaintiff should be required is to pay the reasonable costs with regard to Defendant's Motion for Summary Judgment noted in Defendant's Bill of Costs filed on July 13, 2006.

WHEREFORE, PREMISES CONSIDERED, Defendant Troy University, respectfully requests that this Court tax costs against the Plaintiff and award the bill of costs Defendant timely filed on July 13, 2006.

        Respectfully submitted,

        s/ Joseph V. Musso
        Bar No: ASB-4825-O40J
        James C. Pennington
        Peyton Lacy, Jr.
        Attorneys for Defendant
        Ogletree, Deakins, Nash,

       Smoak & Stewart, P.C.
       One Federal Place, Suite 1000
       1819 Fifth Avenue North
       Birmingham, Alabama  35203-2118
       Telephone:  (205) 328-1900
       Facsimile :  (205) 328-6000
       Email: joseph.musso@ogletreedeakins.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

 James W. Parkman, III
 Parkman & Associates
 Email:   parkman@graceba.net

 William C. White, III
 Parkman & Associates
 Email:   parkman@graceba.net

        s/ Joseph V. Musso

3990321.1