IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BLAKE DEWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:05-CV-1045-T |
| | ) | |
| TROY UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

STATE OF ALABAMA

JEFFERSON COUNTY.

**<u>AFFIDAVIT OF BLAKE DEWS</u>**

My name is Blake Dews. I am 22 years old and a resident of the State of Alabama and I affirm that the information I am giving in the following affidavit is true and correct and that I have personal knowledge of the matters set forth herein. I am aware that this affidavit will be presented to the Court in the above styled case, and I make this affidavit under oath.

I attended Troy University from the summer of 2002 until my graduation in December 2005 with a degree in fine arts.

While attending Troy University, I had a two art and design scholarships and the palladium yearbook scholarship. However, as these scholarships were not enough to pay the entire balance of my tuition and living expenses, I obtained a Federal Loan through FAFSA for approximately $20,000, much of which was paid Troy University for my tuition. I still owe approximately $20,000 on this loan, and I pay $150.00 per month.

  I am employed at Thompson's frame factory in Birmingham, AL. I earn $9.00 per hour for 40 hours per week. I currently share an apartment as I cannot afford a place of my own. My one-half share of bills and expenses are: rent of $350 per month, utilities of $175 per month, and phone of $70 per month. In addition, I have credit card bills of $100 per month, food costs of $200 per month, gas costs of $250 per month, and clothing costs of $100 per month. At the present time, my parents pay for my car payment and car insurance payment due to my inability to pay these amounts, but this is temporary and I will have to assume this cost in the future.

  I am asking the Court to deny Troy University's request for costs, as I am not in a position where I can afford to pay this cost.

                           _____
                           Blake Dews

STATE OF ALABAMA,

JEFFERSON COUNTY.

  Before me, the undersigned, a Notary Public in and for said county in said state, personally appeared Blake Dews, being known to me and being by me first duly sworn, deposes and says that he has read the foregoing affidavit and the facts alleged herein are true and correct to the best of his knowledge, information, and belief.

  Sworn to and subscribed before me this _____ day of _____, 2006.

                          _____
                          NOTARY PUBLIC
                          My commission expires:_____

Will file Original upon receiving signed copy from the plaintiff.