## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 24, 2006

## NOTICE OF DEFICIENCY

**To:     Attorney Richard Adams**

**From:   Clerk's Office**

**Case Style:   Dews v. Troy University et al**

**Case Number:    2:05-cv-01045-MHT**

**Referenced Pleading: RESPONSE in Opposition re 52 MOTION (attached affidavit of Dews)**

**Notice is hereby given that the referenced deficient pleadings was filed on July 21, 2006  by electronic means and is  deficient for the following reason:**

*The supporting affidavit of Blake Dews is unsigned*

**The listed deficiency must be corrected within 10 days from the date of this notice.  Please note that you need to obtain a signed copy of the affidavit and file with a Notice of Filing to the Court.**