IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BLAKE DEWS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:05cv1045-MHT |
| ) | |
| TROY UNIVERSITY, ) | |
| etc., et al., ) | |
| ) | |
|    Defendants. ) | |

### ORDER

It is the ORDERED that the motion to award costs (doc. no. 52) is set for submission, without oral argument, on August 11, 2006, with all briefs due by said date.

DONE, this the 28th day of July, 2006.

                               /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE