**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 2, 2006

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Dews v. Troy University et al

**Case Number:** 2:05-cv-01045-MHT

**This Notice of Correction was filed in the referenced case this date to attach the signed PDF affidavit of Dews PDF document previously attached and to correct deficiency regarding this document..**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 53  filed on   July 21, 2006.**